ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534
johng@rgrdlaw.com
lukeb@rgrdlaw.com

and

JOHN C. HERMAN (ADMITTED *PRO HAC VICE*)
RYAN K. WALSH (ADMITTED *PRO HAC VICE*)
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Defendant,
U.S. Ethernet Innovations, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION, ) | Case No. 3:10-CV-03481-CRB |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS |
| vs. ) | |
| ) | |
| U.S. ETHERNET INNOVATIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

580529_1

1 | Whereas, Plaintiff Zions Bancorporation filed a Response in opposition to Defendant U.S. Ethernet Innovations, LLC's Motion to Dismiss on Friday, September 24, 2010.

Whereas, the current deadline for Defendant to file a Reply in support of its Motion to Dismiss is Friday, October 1, 2010.

Whereas, counsel for Defendant has been travelling out of the office for a majority of the 7-day period between Plaintiff's Response and the due date for Defendant's Reply.

Whereas, Defendant has requested and Plaintiff has agreed, subject to the approval of the Court, to extend the time for Defendant to file a Reply in support of its Motion to Dismiss, up to and including Tuesday, October 5, 2010.

Whereas, Defendant has requested no previous time modifications in the case, whether by Court order or by stipulation.

Whereas, the requested extension will have no effect on the schedule for the case.

Now therefore, it is stipulated and agreed:

Defendant shall file a reply in support of its Motion to Dismiss no later than October 5, 2010.

DATED:  October 1, 2010

ROBBINS GELLER RUDMAN
  & DOWD, LLP
JOHN C. HERMAN
RYAN K. WALSH


*/s/ Ryan K. Walsh*
Ryan K. Walsh

3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501

JOHN K. GRANT
LUKE O. BROOKS

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  415-288-4545
Facsimile:  415-288-4534

Attorneys for Defendant,
U.S. Ethernet Innovations, LLC

| | | |
|---|---|---|
| 1 | DATED: October 1, 2010 | WILEY REIN LLP<br>ANTHONY SON |

                                                    */s/ Anthony Son*
                                                    Anthony Son

1776 K Street, N.W.
Washington, DC 20006
Telephone: 202-719-7049
Fax: 202-719-7049
ason@wileyrein.com

Attorney for Plaintiff,
Zions Bancorporation

     I, Ryan K. Walsh, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time To File Reply In Support of Motion To Dismiss. In compliance with General Order 45, X.B., I hereby attest that Anthony Son has concurred in this filing.

*   *   *

**ORDER**

     PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:   October 4, 2010

_____
Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS - 3:10-CV-03481-CRB

- 2 -