ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  415-288-4545
Facsimile:  415-288-4534
johng@rgrdlaw.com
lukeb@rgrdlaw.com

and

JOHN C. HERMAN (ADMITTED *PRO HAC VICE*)
RYAN K. WALSH (ADMITTED *PRO HAC VICE*)
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Defendant,
U.S. Ethernet Innovations, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION,<br><br>                    Plaintiff,<br><br>     vs.<br><br>U.S. ETHERNET INNOVATIONS, LLC,<br><br>                    Defendant. | Case No. 3:10-CV-03481-CRB<br><br>STIPULATION AND [PROPOSED] ORDER MODIFYING DATE FOR CASE MANAGEMENT CONFERENCE |

588191_1

1    Whereas, Defendant U.S. Ethernet Innovations, LLC ("USEI") filed a Motion to Dismiss (Dkt. No. 9) on August 30, 2010 that is still pending.

3    Whereas, USEI has not yet answered the Complaint.

4    Whereas, the Court has ordered jurisdictional discovery that has not yet been completed (Dkt. No. 33).

6    Whereas, the parties are negotiating a resolution to the motion to dismiss.

7    Whereas, the current date for the Case Management Conference is December 3, 2010.

8    Whereas, the parties agree that the Case Management Conference as scheduled is premature and that modifying it would allow for the resolution of the motion to dismiss and for the completion of the initial pleading process.

11    Whereas, the parties agree, subject to the approval of the Court, to move the Case Management Conference to January 21, 2011.

13    Whereas, the parties have requested no previous modifications to the date for the Case Management Conference.

15    Whereas, the parties agree that the requested time modification will not have a significant impact on the case schedule.

17    Now therefore, it is stipulated and agreed:

18    The Case Management Conference shall be moved to January 21, 2011.

[SIGNATURES ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | DATED:  November 29, 2010 | ROBBINS GELLER RUDMAN |
| 2 | | & DOWD, LLP |
| | | JOHN C. HERMAN |
| 3 | | RYAN K. WALSH |

_/s/ Ryan K. Walsh_
RYAN K. WALSH

3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501

JOHN K. GRANT
LUKE O. BROOKS
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:  415-288-4545
Facsimile:  415-288-4534

Attorneys for Defendant,
U.S. Ethernet Innovations, LLC

DATED:  November 29, 2010                    WILEY REIN LLP
                                             ANTHONY SON


                                                  _/s/ Anthony Son_
                                                   ANTHONY SON

                                             1776 K Street, N.W.
                                             Washington, DC 20006
                                             Telephone:  202-719-7049
                                             Fax:  202-719-7049
                                             ason@wileyrein.com

                                             Attorney for Plaintiff,
                                             Zions Bancorporation

   I, Ryan K. Walsh, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Modifying Date For Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Anthony Son has concurred in this filing.

1                                  *     *     *

2                                         **ORDER**

3            PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    DATED:    November 30, 2010

6

7                                                           _____
8                                                           Hon. Charles R. Breyer
                                                            United States

*IT IS SO ORDERED*
*Judge Charles R. Breyer*