1   ROBBINS GELLER RUDMAN
      & DOWD LLP
2   JOHN K. GRANT (169813)
    LUKE O. BROOKS (212802)
3   Post Montgomery Center
    One Montgomery Street, Suite 1800
4   San Francisco, California 94104
    Telephone:  415-288-4545
5   Facsimile:  415-288-4534
    johng@rgrdlaw.com
6   lukeb@rgrdlaw.com

7   and

8   JOHN C. HERMAN (ADMITTED *PRO HAC VICE*)
    RYAN K. WALSH (ADMITTED *PRO HAC VICE*)
9   3424 Peachtree Road, N.E.
    Monarch Centre, Suite 1650
10  Atlanta, Georgia 30326
    Telephone:  404-504-6500
11  Facsimile:  404-504-6501
    jherman@rgrdlaw.com
12  rwalsh@rgrdlaw.com

13  Attorneys for Defendant,
    U.S. Ethernet Innovations, LLC
14

15              **UNITED STATES DISTRICT COURT**

16           **NORTHERN DISTRICT OF CALIFORNIA**

17

18  ZIONS BANCORPORATION,               )   Case No. 3:10-CV-03481-CRB
                                        )
19                      Plaintiff,      )   STIPULATION AND [~~PROPOSED~~] ORDER
                                        )   CONTINUING CASE MANAGEMENT
20         vs.                          )   CONFERENCE
                                        )
21  U.S. ETHERNET INNOVATIONS, LLC,     )
                                        )
22                      Defendant.      )
    _____)

23

24

25

26

27

28

593279_1

Whereas, Defendant U.S. Ethernet Innovations, LLC ("USEI") filed a Motion to Dismiss (Dkt. No. 9) for lack of personal jurisdiction on August 30, 2010.

Whereas, the parties have recently negotiated a resolution to USEI's motion to dismiss, and, as such, there is not yet a deadline for USEI to answer Zions Bancorporation's ("Zions") Complaint.

Whereas, the parties have concurrently filed a stipulation extending the time for USEI to answer Zions' complaint in this action up to and including March 4, 2011.

Whereas, the current date for the Case Management Conference is January 21, 2010.

Whereas, Zions intends to file a motion to relate this action with *U.S. Ethernet Innovations, LLC v. Acer, Inc., et al.*, Case No. 5:10-CV-03724-JW (the "*Acer* action") and *U.S. Ethernet Innovations, LLC v. AT&T, et al.*, Case No. 5:10-CV-5254-JW (the "*AT&T* action"), currently pending before the Honorable James Ware.

Whereas, the parties agree that the Case Management Conference as scheduled is premature and that modifying it would allow for the resolution of the forthcoming motion to relate and also for the completion of the initial pleading process.

Whereas, the parties agree, subject to the approval of the Court, to move the Case Management Conference to March 11, 2011.

Whereas, the parties have requested one prior modification to the date for the Case Management Conference.

Whereas, the parties agree that the requested time modification will not have a significant impact on the case schedule.

Now therefore, it is stipulated and agreed:

The Case Management Conference scheduled for January 21, 2011 shall be postponed and rescheduled for March 11, 2011, or as soon thereafter that the Court's schedule will permit.

[SIGNATURES ON FOLLOWING PAGE]

1

2   DATED:  January 14, 2011                    ROBBINS GELLER RUDMAN
                                                    & DOWD, LLP
3                                               JOHN C. HERMAN
                                                RYAN K. WALSH
4

5                                                       /s/ Ryan K. Walsh
6                                                       RYAN K. WALSH

7                                               3424 Peachtree Road, N.E.
                                                Monarch Centre, Suite 1650
8                                               Atlanta, Georgia 30326
                                                Telephone:  404-504-6500
9                                               Facsimile:  404-504-6501

10                                              JOHN K. GRANT
                                                LUKE O. BROOKS
11                                              Post Montgomery Center
                                                One Montgomery Street, Suite 1800
12                                              San Francisco, California 94104
                                                Telephone:  415-288-4545
13                                              Facsimile:  415-288-4534

14                                              Attorneys for Defendant,
                                                U.S. Ethernet Innovations, LLC
15

16  DATED:   January 14, 2011                   WILEY REIN LLP
                                                ANTHONY SON
17

18

19                                                      /s/ Anthony Son
                                                        ANTHONY SON
20
                                                1776 K Street, N.W.
21                                              Washington, DC 20006
                                                Telephone:  202-719-7049
22                                              Fax:  202-719-7049
                                                ason@wileyrein.com
23
                                                Attorney for Plaintiff,
24                                              Zions Bancorporation

25          I, Ryan K. Walsh, am the ECF User whose ID and password are being used to file this

26  Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance

27  with General Order 45, X.B., I hereby attest that Anthony Son has concurred in this filing.

28

STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE  - 3:10-CV-03481-CRB          - 2 -

1

2                                    *        *        *

3                                      **ORDER**

4            PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6   DATED:_____January 18, 2011_____

7

8                                      _____

9                                      Hon. Charles R. B...
                                       United S...

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

