ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN K. GRANT (169813)
LUKE O. BROOKS (212802)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone: 415-288-4545
Facsimile: 415-288-4534
johng@rgrdlaw.com
lukeb@rgrdlaw.com

and

JOHN C. HERMAN (ADMITTED *PRO HAC VICE*)
RYAN K. WALSH (ADMITTED *PRO HAC VICE*)
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone: 404-504-6500
Facsimile: 404-504-6501
jherman@rgrdlaw.com
rwalsh@rgrdlaw.com

Attorneys for Defendant,
U.S. Ethernet Innovations, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ZIONS BANCORPORATION, | ) | Case No. 3:10-CV-03481-CRB |
| | ) | **ORDER** ~~NOTICE~~ OF WITHDRAWAL OF MOTION TO DISMISS |
| Plaintiff, | ) | |
| vs. | ) | |
| U.S. ETHERNET INNOVATIONS, LLC, | ) | |
| Defendant. | ) | |

593735_1

1    Defendant, U.S. Ethernet Innovations, LLC ("USEI"), filed a Motion to Dismiss in this
2 matter on August 30, 2010 [Dkt. 9]. Following a hearing on USEI's motion, the Court entered
3 an Order granting jurisdictional discovery [Dkt. 33]. While engaging in the jurisdictional
4 discovery process, counsel for USEI and counsel for Zions Bancorporation ("Zions") negotiated
5 a resolution to USEI's motion. As a result, USEI hereby gives notice that it withdraws its
6 Motion to Dismiss [Dkt. 9]. Zions does not oppose withdrawal of the motion.

8    [SIGNATURE ON FOLLOWING PAGE]

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: January 14, 2011 | ROBBINS GELLER RUDMAN |
| 3 | |   & DOWD, LLP<br>JOHN C. HERMAN |
| 4 | | RYAN K. WALSH |
| 5 | | |
| 6 | |       /s/ Ryan K. Walsh<br>RYAN K. WALSH |
| 7 | | 3424 Peachtree Road, N.E. |
| 8 | | Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326 |
| 9 | | Telephone: 404-504-6500<br>Facsimile: 404-504-6501 |
| 10 | | JOHN K. GRANT |
| 11 | | LUKE O. BROOKS<br>Post Montgomery Center |
| 12 | | One Montgomery Street, Suite 1800<br>San Francisco, California 94104 |
| 13 | | Telephone: 415-288-4545<br>Facsimile: 415-288-4534 |
| 14 | | Attorneys for Defendant, |
| 15 | | U.S. Ethernet Innovations, LLC |

1
2                                          *     *     *
3                                        **ORDER**
4       Pursuant to Defendant's Notice of Withdrawal, it is ORDERED:
5       Defendant's Motion to Dismiss [Dkt. 9] is withdrawn.
6
7   DATED:    January 19, 2011
8
9                                                     _____
                                                      Hon. Charles R. Breyer
10                                                    United States District Court Judge



**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 14, 2011.

          /s/ *Ryan K. Walsh*
          RYAN K. WALSH

# Mailing Information for a Case 3:10-cv-03481-CRB

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Luke O Brooks**
  lukeb@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **John K. Grant**
  johnkg@rgrdlaw.com,khuang@rgrdlaw.com,e_file_sd@rgrdlaw.com,e_file_sf@rgrdlaw.com
- **John C. Herman**
  Jherman@rgrdlaw.com
- **Edward Vincent King , Jr**
  evking@kingandkelleher.com,lana@kingandkelleher.com,alindsay@kingandkelleher.com
- **Anthony H. Son , Esq**
  ason@wileyrein.com
- **Seth McCarthy Sproul**
  sproul@fr.com,owens@fr.com
- **Ryan K. Walsh**
  rwalsh@rgrdlaw.com,garmstrong@rgrdlaw.com,bsimpkins@rgrdlaw.com,dgann@rgrdlaw.com
- **Eric Harold Weisblatt**
  eweisblatt@wileyrein.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`