| | |
|---|---|
| John W. Thornburgh, SBN 154627<br>thornburgh@fr.com<br>Seth M. Sproul, SBN 217711, sproul@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Phone: 858-678-5070/Fax: 858-678-5099<br><br>Garland T. Stephens, stephens@fr.com<br>David J. Healey, *pro hac vice,* healey@fr.com<br>Benjamin C. Elacqua, *pro hac vice,* elacqua@fr.com<br>John P. Brinkmann, *pro hac vice,* brinkmann@fr.com<br>Fish & Richardson P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Phone: 713-654-5300/Fax: 713-652-0109<br><br>Attorneys for Intervenor Intel Corporation<br><br>*ADDITIONAL DEFENDANTS AND INTERVENORS LISTED ON SIGNATURE PAGES* | Robbins Geller Rudman & Dowd LLP<br>Michael J. Dowd (135628)<br>John K. Grant (169813)<br>Shawn A. Williams (213113)<br>Eli R. Greenstein (217945)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Phone: 415-288-4545/Fax: 415-288-4534<br>miked@rgrdlaw.com; johng@rgrdlaw.com;<br>shawnw@rgrdlaw.com; elig@rgrdlaw.com<br><br>John C. Herman (*Admitted Pro Hac Vice*)<br>Ryan K. Walsh (*Admitted Pro Hac Vice*)<br>Peter M. Jones *(Admitted Pro Hac Vice)*<br>Jason S. Jackson (*Admitted Pro Hac Vice*)<br>3424 Peachtree Road, N.E.<br>Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326<br>Phone: 404-504-6500/Fax: 404-504-6501<br>jherman@rgrdlaw.com;walsh@rgrdlaw.com;<br>pjones@rgrdlaw.com; jjackson@rgrdlaw.com<br>jkattula@rgrdlaw.com<br><br>Attorneys for Plaintiff<br>U.S. Ethernet Innovations, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>Acer, Inc., et al.,<br><br>           Defendants.<br><br>   and<br><br>Intel Corporation, et al.,<br><br>           Intervenors.<br><br>U. S. Ethernet Innovations, LLC,<br><br>           Plaintiff,<br><br>  v.<br><br>AT&T, Inc., et al.,<br><br>           Defendants. | Case No. 5:10-cv-03724 JW (PVT)<br>Case No. 5:10-cv-05254 JW<br>Case No. 5:10-cv-03481 JW<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE JOINT STATEMENT AND SCHEDULE<br><br>Judge:  Hon. James Ware |

Zions Bancorporation,

     Plaintiff,

  v.

U.S. Ethernet Innovations, LLC,

     Defendant.

  Pursuant to Local Rules 6-2 and 7-12, the Defendants and Intervenors,[1] AT&T Defendants,[2] (collectively, the "Defendants") and Zions Bancorporation ("Zions") hereby move the Court to extend the deadline set by the Court for submission of a joint statement and proposed schedule from March 18, 2011 to Wednesday, March 23, 2011.  Plaintiff USEI does not oppose this motion.

  The Court has ordered the parties to submit a Joint Statement and Proposed Schedule in accordance with Patent L.R. 2-1 by Friday, March 18, 2011.  The parties desire to comply with the Court's Order, and have worked diligently to exchange draft statements and schedules.  However, the Defendants and Zions need some additional time to comply with the Court's order.

  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, as follows:

  That the Joint Case Management Conference Statement will be filed with the Court on March 23, 2011.

---

[1] "Defendants" refers to Acer, Inc., Acer America Corporation, Apple Inc., ASUS Computer International, ASUSTeK Computer Inc., Dell Inc., Fujitsu Limited, Fujitsu America, Inc., Gateway, Inc., Hewlett Packard Co., Sony Corporation, Sony Corporation of America, Sony Electronics Inc., Toshiba Corporation, Toshiba America, Inc., and Toshiba America Information Systems, Inc., "Intervenors" refers to Intel Corporation, NVIDIA Corporation, Marvell Semiconductor, Inc., Atheros Communications, Inc., and Broadcom Corporation.

[2] "AT&T Defendants" refers to AT&T Mobility, LLC, Ann Taylor Stores Corporation, Ann Taylor Retail, Inc., Barnes & Noble, Inc., Claire's Boutiques, Inc., Harley-Davidson, Inc., Harley-Davidson Motor Company, Inc., Home Depot U.S.A., Inc., J.C. Penney Company, Inc., Kirkland's Inc., Kirkland's Stores, Inc., Lerner New York, Inc., Macy's, Inc., Macy's Retail Holdings, Inc., Macy's West Stores, Inc., New York & Company, Inc., Radioshack Corporation, Rent-A-Center, Inc., Sally Beauty Holdings, Inc., and The Dress Barn, Inc.

| | | |
|---|---|---|
| 1 | DATED: March 18, 2011 | FISH & RICHARDSON P.C. |
| 2 | | |
| 3 | | By: /s/ Garland T. Stephens |
| | | Garland T. Stephens, stephens@fr.com |
| 4 | | Counsel for Intervenor INTEL CORPORATION |
| 5 | DATED: March 18, 2011 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 6 | | By: /s/ Peter M. Jones |
| 7 | | Peter M. Jones, pjones@rgrdlaw.com |
| | | Counsel for Plaintiff U.S. Ethernet Innovations, LLC |
| 8 | | |
| 9 | DATED: March 18, 2011 | FREITAS, TSENG, BAIK & KAUFMANN LLP |
| 10 | | By: /s/ James H. Lin |
| | | James H. Lin, jlin@ftbklaw.com |
| 11 | | Counsel for Acer, Inc., Acer America Corporation, and Gateway, Inc. |
| 12 | | |
| 13 | DATED: March 18, 2011 | WILLIAMS MORGAN & AMERSON PC |
| 14 | | By: /s/ Christopher N. Cravey |
| | | Christopher N. Cravey, ccravey@wmalaw.com |
| 15 | | Counsel for Apple, Inc. |
| 16 | DATED: March 18, 2011 | COOLEY GODWARD KRONISH LLP |
| 17 | | By: /s/ Matthew J. Brigham |
| 18 | | Matthew J. Brigham, mbrigham@cooley.com |
| | | Counsel for ASUS Computer International and ASUSTeK Computer Inc. |
| 19 | | |
| 20 | DATED: March 18, 2011 | WINSTON & STRAWN |
| | | FARELLA BRAUN & MARTEL LLP |
| 21 | | |
| 22 | | By: /s/ Michael L. Brody |
| | | Michael L. Brody, mbrody@winston.com |
| 23 | | Counsel for Dell Inc. |
| 24 | DATED: March 18, 2011 | MORRISON & FOERSTER |
| 25 | | By: /s/ Christopher F. Jeu |
| | | Christopher F. Jeu, cjeu@mofo.com |
| 26 | | Counsel for Fujitsu Ltd. and Fujitsu America, Inc. |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED:  March 18, 2011 | K&L GATES LLP |
| 2 | | By: /s/ Roderick B. Williams |
| 3 | | Roderick B. Williams, rick.williams@klgates.com<br>Counsel for Hewlett Packard Co. |
| 4 | | |
| 5 | DATED:  March 18, 2011 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 6 | | By: /s/ Lionel M. Lavenue |
| 7 | | Lionel M. Lavenue, lionel.lavenue@finnegan.com<br>Counsel for Sony Corp., Sony Corp. of America and Sony Electronics Inc. |
| 8 | | |
| 9 | DATED:  March 18, 2011 | KNOBBE MARTINS OLSON & BEAR LLP |
| 10 | | By: /s/ Brian C. Claassen |
| 11 | | Brian C. Claassen, brian.claassen@kmob.com<br>Counsel for Toshiba Corp., Toshiba America, Inc. and Toshiba America Information Systems, Inc. |
| 12 | | |
| 13 | DATED:  March 18, 2011 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 14 | | By: /s/ Ray R. Zado |
| 15 | | Ray R. Zado, rayzado@quinnemanuel.com<br>Counsel for Intervenor Marvell Semiconductor, Inc. |
| 16 | | |
| 17 | DATED:  March 18, 2011 | FENWICK & WEST LLP |
| 18 | | By: /s/ Hector J. Ribera |
| 19 | | Hector J. Ribera, hribera@fenwick.com<br>Counsel for Intervenor NVIDIA Corporation |
| 20 | DATED:  March 18, 2011 | REED SMITH LLP |
| 21 | | By: /s/ Jonah D. Mitchell |
| 22 | | Jonah D. Mitchell, jmitchell@reedsmith.com<br>Counsel for Intervenor Atheros Communications, Inc. |
| 23 | | |
| 24 | DATED:  March 18, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 25 | | By: /s/ Christopher R. Noyes |
| 26 | | Christopher R. Noyes<br>Christopher.noyes@wilmerhale.com<br>Counsel for Broadcom Corporation |
| 27 | | |
| 28 | | |

4   Stip. and [Prop.] Order Extending Time to File Joint
Case Management Conference Statement
Case No. 5:10-cv-03724 JW (PVT)

**"AT&T DEFENDANTS":**

DATED: March 18, 2011         /s/ Avelyn Marie Ross
                              Chuck P. Ebertin, CA Bar No. 161374
                              VINSON & ELKINS LLP
                              525 University Avenue, Suite 410
                              Palo Alto, CA  94301-1918
                              Tel: 650-687-8200
                              Fax: 650-618-1970
                              cebertin@velaw.com

                              Willem G. Schuurman (*pro hac vice*)
                              Avelyn Marie Ross (*pro hac vice*)
                              Juliet M. Dirba (*pro hac vice*)
                              Jennifer L. Nall (*pro hac vice*)
                              VINSON & ELKINS LLP
                              2801 Via Fortuna, Suite 100
                              Austin, Texas 78746-7568
                              Tel: 512-542-8400
                              Fax: 512-542-8612
                              bschuurman@velaw.com; aross@velaw.com
                              jdirba@velaw.com; jnall@velaw.com

                              *Counsel for AT&T MOBILITY, LLC*


DATED: March 18, 2011          /s/ Tonya M. Gray
                              Tonya M. Gray, Texas Bar No. 24012726
                              Gerald C. Conley, Texas Bar No. 04664200
                              ANDREWS & KURTH
                              1717 Main Street, Suite 3700
                              Dallas, Texas  75201
                              Tel: 214-659-4400
                              Fax: 214-659-4401
                              tonyagray@andrewskurth.com;
                              geraldconley@andrewskurth.com

                              *Counsel for Ann Taylor Stores Corporation and Ann Taylor Retail, Inc.*


DATED: March 18, 2011          /s/ William H. Baker
                              Jason W. Cook
                              Stacey White
                              Derek Neilson
                              ALSTON & BIRD LLP
                              Chase Tower
                              2200 Ross Avenue, Suite 3601

5   Stip. and [Prop.] Order Extending Time to File Joint
    Case Management Conference Statement
    Case No. 5:10-cv-03724 JW (PVT)

|   |   |   |
|---|---|---|
| 1 |  | Dallas, TX 75201-2708 |
| 2 |  | Tel: 214-922-3407 |
|   |  | Fax: 214-922-3899 |
| 3 |  | jason.cook@alston.com; stacey.white@alston.com |
| 4 |  | William H. Baker |
|   |  | ALSTON & BIRD LLP |
| 5 |  | 90 Park Avenue, 12th Floor |
|   |  | New York, NY 10016-1387 |
| 6 |  | Tel: 212-210-9487 |
|   |  | Fax: 212-210-9444 |
| 7 |  | bill.baker@alston.com |
| 8 |  | Robert L. Lee |
|   |  | ALSTON & BIRD LLP |
| 9 |  | 1201 W. Peachtree St. |
|   |  | Atlanta, Georgia  30309-3424 |
| 10 |  | Tel: 404-881-7635 |
|   |  | Fax: 404-253-8277 |
| 11 |  | bob.lee@alston.com |

*Counsel for Sally Beauty Holdings, Inc., Barnes & Noble, Inc., RadioShack Corporation, New York & Company, Inc. and Lerner New York*

DATED:  March 18, 2011        /s/ Andrew Valentine
                              John M Guaragna
                              Brian Erickson
                              DLA Piper LLP (US)
                              401 Congress Ave, Suite 2500
                              Austin, TX 78701-3799
                              Tel: 512-457-7125
                              Fax: 512-457-7001
                              john.guaragna@dlapiper.com; brian.erickson@dlapiper.com

                              Andrew Valentine
                              DLA PIPER LLP (US)
                              2000 University Avenue
                              East Palo Alto, CA  94303-2214
                              Tel:  650-833-2000
                              Fax:  650-833-2001
                              Andrew.valentine@dlapiper.com

*Counsel for Claire's Boutiques, Inc.*

DATED:  March 18, 2011        /s/ H. Wayne Porter
                              Christopher J. Renk (*pro hac vice*)
                              BANNER & WITCOFF, LTD.
                              10 South Wacker Drive, Suite 3000
                              Chicago, IL  60606

|   |   |   |
|---|---|---|
| 1 | | Tel: 312-463-5000 |
| 2 | | Fax: 312-463-5001 |
| | | bmedlock@bannerwitcoff.com; crenk@bannerwitcoff.com |
| 3 | | |
| | | Bradley C. Wright (*pro hac vice*) |
| 4 | | Joseph M. Potenza (*pro hac vice*) |
| | | H. Wayne Porter (*pro hac vice*) |
| 5 | | BANNER & WITCOFF, LTD. |
| | | 1100 13th Street, NW, Suite 1200 |
| 6 | | Washington, DC  20005-4051 |
| 7 | | Tel:  202-824-3160 |
| | | Fax:  202-824-3001 |
| 8 | | bwright@bannerwitcoff.com; jpotenza@bannerwitcoff.com |
| | | wporter@bannerwitcoff.com |
| 9 | | |
| 10 | | *Counsel for Harley-Davidson, Inc. and* |
| | | *Harley-Davidson Motor Company, Inc.* |
| 11 | | |
| 12 | DATED:  March 18, 2011 | /s/ Andrew Valentine |
| | | Nicholas G. Papastavros |
| 13 | | DLA Piper LLP (US) |
| 14 | | 33 Arch Street, 26th Floor |
| | | Boston, MA  02110-1447 |
| 15 | | Tel: 617-406-6019 |
| | | Fax: 617-406-6119 |
| 16 | | nick.papastavros@dlapiper.com |
| 17 | | |
| | | Melissa A. Reinckens |
| 18 | | DLA Piper LLP (US) |
| | | 1251 Avenue of the Americas |
| 19 | | New York, NY  10020 |
| | | Tel: 212-335-4798 |
| 20 | | Fax: 917-778-8798 |
| 21 | | melissa.reinckens@dlapiper.com |
| 22 | | Andrew Valentine |
| | | DLA PIPER LLP (US) |
| 23 | | 2000 University Avenue |
| | | East Palo Alto, CA  94303-2214 |
| 24 | | Tel:  650-833-2000 |
| | | Fax:  650-833-2001 |
| 25 | | Andrew.valentine@dlapiper.com |
| 26 | | |
| | | *Counsel for Home Depot U.S.A., Inc.* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | DATED:  March 18, 2011 | */s/ Tonya M. Gray* |
| 2 | | Tonya M. Gray, Texas Bar No. 24012726 |
| | | Gerald C. Conley, Texas Bar No. 04664200 |
| 3 | | ANDREWS & KURTH |
| | | 1717 Main St., Suite 3700 |
| 4 | | Dallas, TX 75201 |
| | | Tel: 214-659-4400 |
| 5 | | Fax: 214-659-4401 |
| 6 | | geraldconley@andrewskurth.com; |
| | | tonyagray@andrewskurth.com |
| 7 | | |
| | | Diane K. Lettelleir |
| 8 | | Senior Managing Counsel - Litigation |
| | | JC PENNEY CORPORATION, INC. |
| 9 | | 6501 Legacy Drive |
| | | M/S 1122 |
| 10 | | Plano, TX 75024-8208 |
| | | Tel: 972-431-5012 |
| 11 | | Fax: 972-431-1133 or 1134 |
| 12 | | dlettell@jcpenney.com |
| 13 | | *Counsel for J. C. Penney Company, Inc.* |
| 14 | | |
| 15 | DATED:  March 18, 2011 | */s/ Wendee Hilderbrand* |
| | | G. Scott Thomas |
| 16 | | Wendee Hilderbrand |
| | | BASS, BERRY & SIMS, PLC |
| 17 | | 150 Third Avenue South, Suite 2800 |
| | | Nashville, TN  37201 |
| 18 | | Tel:  615-742-6200 |
| | | Fax:  615-742-2743 |
| 19 | | sthomas@bassberry.com; whilderbrand@bassberry.com |
| 20 | | |
| | | *Counsel for Kirkland's Inc. and. Kirkland's Stores, Inc.* |
| 21 | | |
| 22 | DATED:  March 18, 2011 | */s/ Richard S. Mandaro* |
| 23 | | Richard S. Mandaro |
| | | Anthony F. LoCicero |
| 24 | | AMSTER, ROTHSTEIN & EBENSTEIN LLP |
| | | 90 Park Avenue |
| 25 | | New York, New York 10016 |
| | | Tel: 212-336-8000 |
| 26 | | Fax: 212-336-8001 |
| 27 | | rmandaro@arelaw.com; alocicero@arelaw.com |
| 28 | | |

|   |   |   |
|---|---|---|
| 1 |  | Martin R. Glick |
| 2 |  | Sarah J. Givan |
|   |  | HOWARD RICE NEMEROVSKI CANADY FALK & RABKIN |
| 3 |  | Three Embarcadero Center, Seventh Floor |
|   |  | San Francisco, CA 94111-4024 |
| 4 |  | Tel: 415-434-1600 |
|   |  | Fax: 415-677-6262 |
| 5 |  | mglick@howardrice.com; sgivan@howardrice.com |
| 6 |  | *Counsel for Macy's, Inc., Macy's Retail* |
| 7 |  | *Holdings, Inc., and Macy's West Stores, Inc*. |
| 8 |  |  |
|   | DATED:  March 18, 2011 | */s/ Jeffrey F. Yee* |
| 9 |  | Dwayne L. Mason, Texas Bar  No. 00787977 |
|   |  | Ira R. Hatton, Texas Bar No. 24054282 |
| 10 |  | GREENBERG TRAURIG, LLP |
|   |  | 1000 Louisiana Street, Suite 1700 |
| 11 |  | Houston, Texas 77002 |
| 12 |  | Tel: 713-374-3601 |
|   |  | Fax: 713-754-6605 |
| 13 |  | masondl@gtlaw.com; hattoni@gtlaw.com |
| 14 |  |  |
|   |  | Jeffrey K. Joyner |
| 15 |  | Jeffrey F. Yee |
|   |  | GREENBERG TRAURIG, LLP |
| 16 |  | 2450 Colorado Avenue, Suite 400E |
|   |  | Santa Monica, CA  90404 |
| 17 |  | Tel: 310-586-7700 |
|   |  | Fax: 310-586-7800 |
| 18 |  | joynerj@gtlaw.com; yeej@gtlaw.com |
| 19 |  |  |
|   |  | *Counsel for Rent-A-Center, Inc.* |
| 20 |  |  |
| 21 | DATED:  March 18, 2011 | */s/ Jeffrey L. Eichen* |
| 22 |  | Jeffrey L. Eichen |
|   |  | CONNOLLY BOVE LODGE & HUTZ LLP |
| 23 |  | P.O. Box 2207 |
|   |  | Wilmington, DE  19899 |
| 24 |  | Tel:  302-888-6304 |
|   |  | Fax:  302-656-9072 |
| 25 |  | jeichen@cblh.com |
| 26 |  |  |
|   |  | Scott Robertson Miller |
| 27 |  | Keith Douglas Fraser |
|   |  | CONNOLLY BOVE LODGE & HUTZ, LLP |
| 28 |  | 333 South Grand Avenue, Suite 2300 |

|   |   |
|---|---|
|   | Los Angeles, CA  90071<br>Tel:  213-787-2510<br>Fax:  213-687-0498<br>smiller@cblh.com; kfraser@cblh.com |
|   | *Counsel for The Dress Barn, Inc.* |

**Zions Bancorporation:**

DATED:  March 18, 2011          WILEY REIN LLP

By:  */s/ Anthony H. Son*
          Anthony H. Son, ason@wileyrein.com
*Counsel for Zions Bancorporation*

### DECLARATION OF CONSENT

    Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED:  March 18, 2011          FISH & RICHARDSON P.C.

By:  */s/ Garland T. Stephens*
          Garland T. Stephens, stephens@fr.com
Counsel for Intervenor INTEL CORPORATION

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated:    March 21, 2011        _____
                                Hon. James Ware, Chief Judge
                                United States District Court