John W. Thornburgh, SBN 154627
thornburgh@fr.com
Seth M. Sproul, SBN 217711, sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070/Fax: 858-678-5099

Garland T. Stephens, stephens@fr.com
David J. Healey, *pro hac vice,* healey@fr.com
Benjamin C. Elacqua, *pro hac vice,* elacqua@fr.com
John P. Brinkmann, *pro hac vice,* brinkmann@fr.com
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5300/Fax: 713-652-0109

Thad C. Kodish, *pro hac vice,* tkodish@fr.com
Aamir A. Kazi, *pro hac vice,* kazi@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005/Fax: 404-892-5002

Attorneys for Intervenor Intel Corporation

Robbins Geller Rudman & Dowd LLP
Michael J. Dowd (135628)
John K. Grant (169813)
Shawn A. Williams (213113)
Eli R. Greenstein (217945)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, California 94104
Phone: 415-288-4545/Fax: 415-288-4534
miked@rgrdlaw.com; johng@rgrdlaw.com;
shawnw@rgrdlaw.com; elig@rgrdlaw.com

John C. Herman (*Admitted Pro Hac Vice*)
Ryan K. Walsh (*Admitted Pro Hac Vice*)
Peter M. Jones *(Admitted Pro Hac Vice)*
Jason S. Jackson (*Admitted Pro Hac Vice*)
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Phone: 404-504-6500/Fax: 404-504-6501
jherman@rgrdlaw.com;walsh@rgrdlaw.com;
pjones@rgrdlaw.com; jjackson@rgrdlaw.com
jkattula@rgrdlaw.com

Attorneys for Plaintiff
U.S. Ethernet Innovations, LLC

*ADDITIONAL DEFENDANTS AND INTERVENORS LISTED ON SIGNATURE PAGES*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>Acer, Inc., et al.,<br><br>            Defendants.<br><br>    and<br><br>Intel Corporation, et al.,<br><br>            Intervenors. | Case No. 5:10-cv-03724 JW (PVT)<br>Case No. 5:10-cv-05254 JW<br>Case No. 5:10-cv-03481 JW<br><br>JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PAGE LIMITS FOR CLAIM CONSTRUCTION BRIEFS<br><br>Judge:  Hon. James Ware |
| U. S. Ethernet Innovations, LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>AT&T, Inc., et al.,<br><br>            Defendants. | |

| | |
|---|---|
| 1 | Zions Bancorporation, |
| 2 |       Plaintiff, |
|   |  v. |
| 3 | U.S. Ethernet Innovations, LLC, |
| 4 |       Defendant. |

1  
2  
3  
4  
5  WHEREAS the parties agree on the number of pages for each claim construction brief,

6 THEY HEREBY STIPULATE AS FOLLOWS:

7  USEI shall have 45 pages for its Opening Claim Construction Brief.

8  Defendants shall have 50 pages for their Responsive Claim Construction Brief.

9  USEI shall have 25 pages for its Reply Brief.

10  USEI shall not oppose a reasonable request by Defendants' for 10 additional pages. USEI

11 will receive the same number of additional pages for its reply brief that Defendants received for

12 their brief.

13

14 PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

15 DATED: September 23, 2011   _____

16               Hon. James Ware, Judge
              United States District Court

17

18 DATED: September 22, 2011   FISH & RICHARDSON P.C.

19

20               By: */s/ Seth M. Sproul*
                Seth M. Sproul, sproul@fr.com
              Counsel for Intervenor INTEL CORPORATION

21

22 DATED: September 22, 2011   ROBBINS GELLER RUDMAN & DOWD LLP

23               By: */s/ Peter M. Jones*
                Peter M. Jones, pjones@rgrdlaw.com
              Counsel for Plaintiff U.S. Ethernet Innovations, LLC

24 DATED: September 22, 2011   FREITAS, TSENG, BAIK & KAUFMANN LLP

25

26               By: */s/ James H. Lin*
                James H. Lin, jlin@ftbklaw.com
              Counsel for Acer, Inc., Acer America Corporation,
              and Gateway, Inc.

27

28

*[Signature of Judge James Ware — "IT IS SO ORDERED"]*

| | | |
|---|---|---|
| 1 | DATED: September 22, 2011 | WILLIAMS MORGAN & AMERSON PC |
| 2 | | By: /s/ Christopher N. Cravey |
| 3 | | Christopher N. Cravey, ccravey@wmalaw.com<br>Counsel for Apple Inc. |
| 4 | DATED: September 22, 2011 | COOLEY GODWARD KRONISH LLP |
| 5 | | By: /s/ Matthew J. Brigham |
| 6 | | Matthew J. Brigham, mbrigham@cooley.com<br>Counsel for ASUS Computer International and<br>ASUSTeK Computer Inc. |
| 7 | | |
| 8 | DATED: September 22, 2011 | WINSTON & STRAWN<br>FARELLA BRAUN & MARTEL LLP |
| 9 | | By: /s/ Michael L. Brody |
| 10 | | Michael L. Brody, mbrody@winston.com<br>Counsel for Dell Inc. |
| 11 | DATED: September 22, 2011 | MORRISON & FOERSTER |
| 12 | | By: /s/ Christopher F. Jeu |
| 13 | | Christopher F. Jeu, cjeu@mofo.com<br>Counsel for Fujitsu Ltd. and Fujitsu America, Inc. |
| 14 | DATED: September 22, 2011 | K&L GATES LLP |
| 15 | | By: /s/ Roderick B. Williams |
| 16 | | Roderick B. Williams, rick.williams@klgates.com<br>Counsel for Hewlett Packard Co. |
| 17 | DATED: September 22, 2011 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 18 | | |
| 19 | | By: /s/ Lionel M. Lavenue<br>Lionel M. Lavenue, lionel.lavenue@finnegan.com |
| 20 | | Counsel for Sony Corp., Sony Corp. of America and Sony Electronics Inc. |
| 21 | DATED: September 22, 2011 | KNOBBE MARTINS OLSON & BEAR LLP |
| 22 | | By: /s/ Brian C. Claassen |
| 23 | | Brian C. Claassen, brian.claassen@kmob.com<br>Counsel for Toshiba Corp., Toshiba America, Inc. and<br>Toshiba America Information Systems, Inc. |
| 24 | | |
| 25 | DATED: September 22, 2011 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 26 | | By: /s/ Ray R. Zado<br>Ray R. Zado, rayzado@quinnemanuel.com<br>Counsel for Intervenor Marvell Semiconductor, Inc. |
| 27 | | |
| 28 | | |

Stip. and [Prop.] Order Regarding Page Limits
for Claim Construction Briefs                    3                    Case Nos. 5:10-cv-03724 JW (PVT);
                                                                      5:10-cv-05254 JW; 5:10-cv-03481 JW

| | | |
|---|---|---|
| 1 | DATED: September 22, 2011 | FENWICK & WEST LLP |
| 2 | | By: /s/ Hector J. Ribera |
| 3 | | Hector J. Ribera, hribera@fenwick.com<br>Counsel for Intervenor NVIDIA Corporation |
| 4 | DATED: September 22, 2011 | REED SMITH LLP |
| 5 | | By: /s/ Jonah D. Mitchell |
| 6 | | Jonah D. Mitchell, jmitchell@reedsmith.com<br>Counsel for Intervenor Atheros Communications, Inc. |
| 7 | DATED: September 22, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 8 | | By: /s/ Christopher R. Noyes |
| 9 | | Christopher R. Noyes<br>Christopher.noyes@wilmerhale.com<br>Counsel for Broadcom Corporation |

**AT&T DEFENDANTS:**

| | | |
|---|---|---|
| 12 | DATED: September 22, 2011 | ALSTON & BIRD LLP |
| 13 | | By: /s/ Jason W. Cook |
| 14 | | Jason W. Cook, jason.cook@alston.com<br>Counsel for Sally Beauty Holdings, Inc., Barnes & Noble, Inc., RadioShack Corporation, New York & Company, Inc. and Lerner New York |
| 17 | DATED: September 22, 2011 | VINSON & ELKINS LLP |
| 18 | | By: /s/ Juliet M. Dirba |
| 19 | | Juliet M. Dirba, jdirba@velaw.com<br>Counsel for AT&T MOBILITY, LLC |
| 20 | DATED: September 22, 2011 | CONNOLLY BOVE LODGE & HUTZ LLP |
| 21 | | By: /s/ Jeffrey L. Eichen |
| 22 | | Jeffrey L. Eichen, jeichen@cblh.com<br>Counsel for The Dress Barn, Inc. |
| 23 | DATED: September 22, 2011 | AMSTER ROTHSTEIN & EBENSTEIN LLP |
| 24 | | By: /s/ Richard S. Mandaro |
| 25 | | Anthony F. LoCicero, alocicero@arelaw.com<br>Counsel for Macy's, Inc., Macy's Retail Holdings, Inc., and Macy's West Stores, Inc. |

DATED:  September 22, 2011          BANNER & WITCOFF, LTD.

By: */s/ H. Wayne Porter*
    H. Wayne Porter, wporter@bannerwitcoff.com
Counsel for Harley-Davidson, Inc. and
Harley-Davidson Motor Company, Inc.

DATED:  September 22, 2011          DLA PIPER LLP (US)

By: */s/ John M. Guaragna*
    John M Guaragna, john.guaragna@dlapiper.com
Counsel for Claire's Boutiques, Inc. and Home Depot U.S.A., Inc.

DATED:  September 22, 2011          BASS, BERRY & SIMS, PLC

By: */s/ Wendee Hilderbrand*
    Wendee Hilderbrand, whilderbrand@bassberry.com
Counsel for Kirkland's Inc. and. Kirkland's Stores, Inc.

DATED:  September 22, 2011          ANDREWS KURTH LLP

By: */s/ Tonya M. Gray*
    Tonya M. Gray, tonyagray@andrewskurth.com
Counsel for Ann Taylor Stores Corporation, Ann Taylor Retail, Inc., and J.C. Penney Company

DATED:  September 22, 2011          GREENBURG TRAURIG, LLP

By: */s/ Jeffrey F. Yee*
Jeffrey K. Joyner, joynerj@gtlaw.com
Counsel for Rent-A-Center, Inc.

**ZIONS BANCORPORATION**

DATED:  September 22, 2011          WILEY REIN LLP

By: */s/ Anthony H. Son*
    Anthony H. Son, ason@wileyrein.com
Counsel for Zions Bancorporation

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED: September 22, 2011        FISH & RICHARDSON P.C.

By: */s/ Seth M. Sproul*
    Seth M. Sproul, sproul@fr.com
Counsel for Intervenor INTEL CORPORATION