| | |
|---|---|
| John W. Thornburgh, SBN 154627<br>thornburgh@fr.com<br>Seth M. Sproul, SBN 217711, sproul@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Phone: 858-678-5070/Fax: 858-678-5099<br><br>Garland T. Stephens, stephens@fr.com<br>David J. Healey, *pro hac vice,* healey@fr.com<br>Benjamin C. Elacqua, *pro hac vice,* elacqua@fr.com<br>John P. Brinkmann, *pro hac vice,* brinkmann@fr.com<br>Fish & Richardson P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Phone: 713-654-5300/Fax: 713-652-0109<br><br>Thad C. Kodish, *pro hac vice,* tkodish@fr.com<br>Aamir A. Kazi, *pro hac vice*, kazi@fr.com<br>Fish & Richardson P.C.<br>1180 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309<br>Phone: 404-892-5005/Fax: 404-892-5002<br><br>Attorneys for Intervenor Intel Corporation | Robbins Geller Rudman & Dowd LLP<br>Michael J. Dowd (135628)<br>John K. Grant (169813)<br>Shawn A. Williams (213113)<br>Eli R. Greenstein (217945)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Phone: 415-288-4545/Fax: 415-288-4534<br>miked@rgrdlaw.com; johng@rgrdlaw.com;<br>shawnw@rgrdlaw.com; elig@rgrdlaw.com<br><br>John C. Herman (*Admitted Pro Hac Vice*)<br>Ryan K. Walsh (*Admitted Pro Hac Vice*)<br>Peter M. Jones *(Admitted Pro Hac Vice)*<br>Jason S. Jackson (*Admitted Pro Hac Vice*)<br>3424 Peachtree Road, N.E.<br>Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326<br>Phone: 404-504-6500/Fax: 404-504-6501<br>jherman@rgrdlaw.com;walsh@rgrdlaw.com;<br>pjones@rgrdlaw.com; jjackson@rgrdlaw.com<br>jkattula@rgrdlaw.com<br><br>Attorneys for Plaintiff<br>U.S. Ethernet Innovations, LLC |

*ADDITIONAL DEFENDANTS AND INTERVENORS LISTED ON SIGNATURE PAGES*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>    Plaintiff,<br> v.<br>Acer, Inc., et al.,<br>    Defendants.<br> and<br>Intel Corporation, et al.,<br>    Intervenors.<br><br>U. S. Ethernet Innovations, LLC,<br>    Plaintiff,<br> v.<br>AT&T, Inc., et al.,<br>    Defendants. | Case No. 5:10-cv-03724 JW (PVT)<br>Case No. 5:10-cv-05254 JW<br>Case No. 5:10-cv-03481 JW<br><br>JOINT STIPULATION AND<br>[PROPOSED] ORDER<br>REGARDING PAGE LIMITS FOR CLAIM<br>CONSTRUCTION BRIEFS<br><br>Judge: Hon. James Ware |

Zions Bancorporation,
                    Plaintiff,
     v.
U.S. Ethernet Innovations, LLC,
                    Defendant.

    WHEREAS the parties agree on the number of pages for each claim construction brief, THEY HEREBY STIPULATE AS FOLLOWS:

    USEI shall have 45 pages for its Opening Claim Construction Brief.

    Defendants shall have 50 pages for their Responsive Claim Construction Brief.

    USEI shall have 25 pages for its Reply Brief.

    USEI shall not oppose a reasonable request by Defendants' for 10 additional pages. USEI will receive the same number of additional pages for its reply brief that Defendants received for their brief.

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

DATED: September 23, 2011

**IT IS SO ORDERED**
*/s/ James Ware*
Judge James Ware

Hon. James Ware
United States District Court

DATED: September 22, 2011    FISH & RICHARDSON P.C.

By: */s/ Seth M. Sproul*
    Seth M. Sproul, sproul@fr.com
Counsel for Intervenor INTEL CORPORATION

DATED: September 22, 2011    ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ Peter M. Jones*
    Peter M. Jones, pjones@rgrdlaw.com
Counsel for Plaintiff U.S. Ethernet Innovations, LLC

DATED: September 22, 2011    FREITAS, TSENG, BAIK & KAUFMANN LLP

By: */s/ James H. Lin*
    James H. Lin, jlin@ftbklaw.com
Counsel for Acer, Inc., Acer America Corporation, and Gateway, Inc.

| | | |
|---|---|---|
| 1 | DATED:  September 22, 2011 | WILLIAMS MORGAN & AMERSON PC |
| 2 | | By: /s/ Christopher N. Cravey |
| | | Christopher N. Cravey, ccravey@wmalaw.com |
| 3 | | Counsel for Apple Inc. |
| 4 | DATED:  September 22, 2011 | COOLEY GODWARD KRONISH LLP |
| 5 | | By: /s/ Matthew J. Brigham |
| | | Matthew J. Brigham, mbrigham@cooley.com |
| 6 | | Counsel for ASUS Computer International and ASUSTeK Computer Inc. |
| 7 | | |
| 8 | DATED:  September 22, 2011 | WINSTON & STRAWN<br>FARELLA BRAUN & MARTEL LLP |
| 9 | | By: /s/ Michael L. Brody |
| | | Michael L. Brody, mbrody@winston.com |
| 10 | | Counsel for Dell Inc. |
| 11 | DATED:  September 22, 2011 | MORRISON & FOERSTER |
| 12 | | By: /s/ Christopher F. Jeu |
| | | Christopher F. Jeu, cjeu@mofo.com |
| 13 | | Counsel for Fujitsu Ltd. and Fujitsu America, Inc. |
| 14 | DATED:  September 22, 2011 | K&L GATES LLP |
| 15 | | By: /s/ Roderick B. Williams |
| | | Roderick B. Williams, rick.williams@klgates.com |
| 16 | | Counsel for Hewlett Packard Co. |
| 17 | DATED:  September 22, 2011 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| 18 | | |
| 19 | | By: /s/ Lionel M. Lavenue |
| | | Lionel M. Lavenue, lionel.lavenue@finnegan.com |
| | | Counsel for Sony Corp., Sony Corp. of America and Sony Electronics Inc. |
| 20 | | |
| 21 | DATED:  September 22, 2011 | KNOBBE MARTINS OLSON & BEAR LLP |
| 22 | | By: /s/ Brian C. Claassen |
| | | Brian C. Claassen, brian.claassen@kmob.com |
| 23 | | Counsel for Toshiba Corp., Toshiba America, Inc. and Toshiba America Information Systems, Inc. |
| 24 | | |
| 25 | DATED:  September 22, 2011 | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 26 | | By: /s/ Ray R. Zado |
| | | Ray R. Zado, rayzado@quinnemanuel.com |
| | | Counsel for Intervenor Marvell Semiconductor, Inc. |
| 27 | | |
| 28 | | |

Stip. and [Prop.] Order  Regarding Page Limits
for Claim Construction Briefs                            3                Case Nos. 5:10-cv-03724 JW (PVT);
                                                                          5:10-cv-05254 JW; 5:10-cv-03481 JW

| | | |
|---|---|---|
| 1 | DATED:  September 22, 2011 | FENWICK & WEST LLP |
| 2 | | By: /s/ Hector J. Ribera |
| 3 | | Hector J. Ribera, hribera@fenwick.com<br>Counsel for Intervenor NVIDIA Corporation |
| 4 | DATED:  September 22, 2011 | REED SMITH LLP |
| 5 | | By: /s/ Jonah D. Mitchell |
| 6 | | Jonah D. Mitchell, jmitchell@reedsmith.com<br>Counsel for Intervenor Atheros Communications, Inc. |
| 7 | DATED:  September 22, 2011 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 8 | | By: /s/ Christopher R. Noyes |
| 9 | | Christopher R. Noyes<br>Christopher.noyes@wilmerhale.com<br>Counsel for Broadcom Corporation |

**AT&T DEFENDANTS:**

| | | |
|---|---|---|
| 12 | DATED:  September 22, 2011 | ALSTON & BIRD LLP |
| 13 | | By: /s/ Jason W. Cook |
| 14-15 | | Jason W. Cook, jason.cook@alston.com<br>Counsel for Sally Beauty Holdings, Inc., Barnes & Noble, Inc., RadioShack Corporation, New York & Company, Inc. and Lerner New York |
| 16 | DATED:  September 22, 2011 | VINSON & ELKINS LLP |
| 17-18 | | By: /s/ Juliet M. Dirba |
| 19 | | Juliet M. Dirba, jdirba@velaw.com<br>Counsel for AT&T MOBILITY, LLC |
| 20 | DATED:  September 22, 2011 | CONNOLLY BOVE LODGE & HUTZ LLP |
| 21 | | By: /s/ Jeffrey L. Eichen |
| 22 | | Jeffrey L. Eichen, jeichen@cblh.com<br>Counsel for The Dress Barn, Inc. |
| 23 | DATED:  September 22, 2011 | AMSTER ROTHSTEIN & EBENSTEIN LLP |
| 24 | | By: /s/ Richard S. Mandaro |
| 25-26 | | Anthony F. LoCicero, alocicero@arelaw.com<br>Counsel for Macy's, Inc., Macy's Retail Holdings, Inc., and Macy's West Stores, Inc. |

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 22, 2011 | BANNER & WITCOFF, LTD. |

DATED:  September 22, 2011     BANNER & WITCOFF, LTD.

By: */s/ H. Wayne Porter*
    H. Wayne Porter, wporter@bannerwitcoff.com
Counsel for Harley-Davidson, Inc. and
Harley-Davidson Motor Company, Inc.

DATED:  September 22, 2011     DLA PIPER LLP (US)

By: */s/ John M. Guaragna*
    John M Guaragna, john.guaragna@dlapiper.com
Counsel for Claire's Boutiques, Inc. and Home Depot U.S.A., Inc.

DATED:  September 22, 2011     BASS, BERRY & SIMS, PLC

By: */s/ Wendee Hilderbrand*
    Wendee Hilderbrand, whilderbrand@bassberry.com
Counsel for Kirkland's Inc. and. Kirkland's Stores, Inc.

DATED:  September 22, 2011     ANDREWS KURTH LLP

By: */s/  Tonya M. Gray*
    Tonya M. Gray, tonyagray@andrewskurth.com
Counsel for Ann Taylor Stores Corporation, Ann Taylor Retail, Inc., and J.C. Penney Company

DATED:  September 22, 2011     GREENBURG TRAURIG, LLP

By: */s/ Jeffrey F. Yee*
Jeffrey K. Joyner, joynerj@gtlaw.com
Counsel for Rent-A-Center, Inc.

**ZIONS BANCORPORATION**

DATED:  September 22, 2011     WILEY REIN LLP

By: */s/ Anthony H. Son*
    Anthony H. Son, ason@wileyrein.com
Counsel for Zions Bancorporation

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED: September 22, 2011          FISH & RICHARDSON P.C.

By:  */s/ Seth M. Sproul*
     Seth M. Sproul, sproul@fr.com
     Counsel for Intervenor INTEL CORPORATION