**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7          IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9          SAN FRANCISCO DIVISION

10   U.S. Ethernet Innovations, LLC,                NO. C 10-03724 JW
                                                     NO. C 10-05254 JW
11              Plaintiff,                           NO. C 10-03481 JW

12      v.                                           **ORDER ADVANCING MARKMAN
                                                     HEARING**
13   Acer, Inc., et al,

14   _____/

15   AT&T, Inc., et al.,

16

17              Defendants.
     _____/

18   Zions Bancorporation, et al.,

19              Plaintiffs,

20      v.

21   U.S. Ethernet Innovations, LLC,

22              Defendant.

23   _____/

24

25

26

27

28

1    In light of a scheduling conflict, the Court advances the Markman hearing currently

2 scheduled for October 28, 2011 to **Friday, October 21, 2011 at 9 a.m.**  Each side shall have 1.5

3 hours to make their presentation.

4

5 Dated:  October 4, 2011

6                                                        JAMES WARE
                                                         United States District Chief Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

3   Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
Ashlea Pflug araymond@winston.com
4   Barry Kenneth Shelton shelton@fr.com
Benjamin Charles Elacqua elacqua@fr.com
5   Brian Christopher Claassen Brian.Claassen@kmob.com
Bruce A Smith bsmith@jwfirm.com
6   Charlene Marie Morrow cmorrow@fenwick.com
Charles Ainsworth charley@pbatyler.com
7   Christopher Frederick Jeu cjeu@mofo.com
Christopher Needham Cravey ccravey@wmalaw.com
8   Christopher Ronald Noyes christopher.noyes@wilmerhale.com
Craig Steven Summers 2css@kmob.com
9   Danny Lloyd Williams dwilliams@wmalaw.com
Darryl Michael Woo dwoo@fenwick.com
10  David J Healey healey@fr.com
David J. Healey Healey@fr.com
11  David Lee Gann dgann@rgrdlaw.com
David T McDonald david.mcdonald@klgates.com
12  David T Pollock dpollock@reedsmith.com
Deron R Dacus ddacus@rameyflock.com
13  Dominic E. Massa dominic.massa@wilmerhale.com
Douglas R. Young dyoung@fbm.com
14  E Joseph Benz jbenz@csgrr.com
Eric Louis Toscano etoscano@reedsmith.com
15  Garland T. Stephens stephens@fr.com
Harold H Davis harold.davis@klgates.com
16  Hector J. Ribera hribera@fenwick.com
Hiep Huu Nguyen hnguyen@winston.com
17  Hsiang H. Lin jlin@ftbklaw.com
Irfan A Lateef 2ial@kmob.com
18  Irfan Ahmed Lateef ial@kmob.com
Jack Wesley Hill fedserv@icklaw.com
19  Jack Wesley Hill fedserv@icklaw.com
James Patrick Brogan jbrogan@cooley.com
20  Jason S Jackson jjackson@rgrdlaw.com
Jeffrey Fuming Yee yeej@gtlaw.com
21  Jeffrey K. Joyner joynerj@gtlaw.com
Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
22  Jessica M. Kattula jkattula@rgrdlaw.com
John Christopher Herman jherman@rgrdlaw.com
23  John K. Grant johnkg@rgrdlaw.com
John Philip Brinkmann brinkmann@fr.com
24  John W Thornburgh thornburgh@fr.com
Jonah D Mitchell jmitchell@reedsmith.com
25  Jonah Dylan Mitchell jmitchell@reedsmith.com
Jordan Jaffe jordanjaffe@quinnemanuel.com
26  Karl J Kramer kkramer@mofo.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
27  Kimball R Anderson kanderson@winston.com

28

3

**United States District Court**

For the Northern District of California

1 | Kyle D Chen kyle.chen@cooley.com
Kyung Kim dkim@wmalaw.com
2 | Lam Khanh Nguyen lnguyen@cooley.com
Laura Katherine Carter lcarter@winston.com
3 | Lillian J Pan lpan@orrick.com
Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
4 | Mahmoud Munes Tomeh 2mmt@kmob.com
Mark Daniel Selwyn mark.selwyn@wilmerhale.com
5 | Marko R Zoretic 2mrz@kmob.com
Matthew Clay Harris mch@emafirm.com
6 | Matthew J. Brigham mbrigham@cooley.com
Michael J Newton mike.newton@alston.com
7 | Michael J. Bettinger mike.bettinger@klgates.com
Michael L Brody Mbrody@winston.com
8 | Nicholas James Nugent nicholas.nugent@finnegan.com
Patricia Kane Schmidt patricia.schmidt@klgates.com
9 | Peter M Jones pjones@rgrdlaw.com
Ray R. Zado rayzado@quinnemanuel.com
10 | Richard T Ting rting@reedsmith.com
Robert Christopher Bunt rcbunt@pbatyler.com
11 | Robert M Parker rmparker@pbatyler.com
Roderick Bland Williams rick.williams@klgates.com
12 | Roger Brian Craft bcraft@findlaycraft.com
Ruben Singh Bains rbains@wmalaw.com
13 | Ryan K. Walsh rwalsh@rgrdlaw.com
Scott D. Baker sbaker@reedsmith.com
14 | Scott Richard Mosko scott.mosko@finnegan.com
Sean Sang-Chul Pak seanpak@quinnemanuel.com
15 | Seth M Sproul sproul@fr.com
Seth McCarthy Sproul sproul@fr.com
16 | Steven S. Baik sbaik@ftbklaw.com
Thomas J. Friel tfriel@cooley.com
17 | Thomas John Ward jw@jwfirm.com
Thomas John Ward jw@jwfirm.com
18 | Timothy Paar Walker timothy.walker@klgates.com
Todd Richard Gregorian tgregorian@fenwick.com
19 | William F. Lee william.lee@wilmerhale.com

20

**Dated:  October 4, 2011**                          **Richard W. Wieking, Clerk**

21

22                                                   **By:**  **/s/ JW Chambers**
                                                            **Susan Imbriani**
23                                                          **Courtroom Deputy**

24

25

26

27

28
                                        4