1

2

3

4

5

6

7                                IN THE UNITED STATES DISTRICT COURT

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                      SAN FRANCISCO DIVISION

10   U.S. Ethernet Innovations, LLC,              NO. C 10-03724 JW
                                                  NO. C 10-05254 JW
11                 Plaintiff,                     NO. C 10-03481 JW

12      v.                                        **ORDER APPOINTING TECHNICAL**
                                                  **ADVISOR**
13   Acer, Inc., et al.,

14   _____/

15   AT&T, Inc., et al.,

16

17                 Defendants.
     _____/
18   Zions Bancorporation, et al.,

19                 Plaintiffs,

20      v.

21   U.S. Ethernet Innovations, LLC,

22                 Defendant.

23   _____/

24

25         On September 29, 2011, the Court issued an Order apprising the parties of its intent to

26   appoint a Technical Advisor, Kwan Chan.[1]  The Order provided that any party to the litigation

27   _____

28       [1] (Notice of Intent to Appoint a Technical Advisor, Kwan Chan, hereafter, "Order" Docket Item
     No. 553 in No. C 10-03724 JW.)

**United States District Court**
For the Northern District of California

wishing to object to Mr. Chan's appointment shall file its objection with the assigned Magistrate Judge by October 14, 2011.  (Order at 4.)  On October 17, 2011, Judge Beeler notified the Court that no objection has been filed.

Accordingly, the Court appoints Kwan Chan as a Technical Advisor for these related cases under the following terms:

1.  Any advice provided to the Court by Mr. Chan will not be based on any extra-record information.

2.  To the extent that the Court may ask Mr. Chan to provide a formal written report on technical advice concerning the case, a copy of the formal written report prepared by Mr. Chan shall be provided to the parties.  However, the Court reserves the right to have informal verbal communications with Mr. Chan which are not included in any formal written report.

3.  Mr. Chan may attend all case-related court proceedings.

4.  Mr. Chan may review any pleadings, motions or documents submitted to the Court.

5.  As a Technical Advisor, Mr. Chan will make no written findings of fact and will not supply any evidence to the Court.  Thus, Mr. Chan will be outside the purview of "expert witnesses" under Fed. R. Evid. 706.  As such, the provisions in Rule 706 for depositions and questioning of expert witnesses will be inapplicable to Mr. Chan.  See Reilly v. United States, 863 F.2d 149, 155-67 (1st Cir. 1988).

6.  Mr. Chan will have no contact with any of the parties or their counsel except for billing purposes.

7.  Each party shall bear the cost of the Technical Advisor on a *per capita* basis, payable in advance.  Because the Court has advanced the Markman hearing to October 21, 2011, the parties shall immediately meet and confer with Mr. Chan and develop a plan to set up a trust account whereby the parties shall deposit, initially, $10,000 each to cover the anticipated fees and costs.  Mr. Chan shall issue statements to the parties and draw from the trust account every fifteen (15) days for his performance of the appointment.  Mr. Chan will bill at the rate of $450.00 per hour.

United States District Court

For the Northern District of California

2

The Technical Advisor shall report to the Court on a periodic basis, every sixty (60) days, regarding the state of his fees and expenses and make a recommendation to the Court as to whether the trust account needs additional deposits from the parties as the case progresses.

All matters pertaining to the fees of Mr. Chan are referred to the assigned Magistrate Judge.

8.  On or before **October 18, 2011**, Mr. Chan shall file a declaration that he will adhere to the terms of his appointment.

The Clerk of Court shall immediately add Mr. Chan to the docket.

Dated:  October 17, 2011

_____

JAMES WARE
United States District Chief Judge

United States District Court
For the Northern District of California

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
Darryl Michael Woo dwoo@fenwick.com
David J Healey healey@fr.com
David J. Healey Healey@fr.com
David Lee Gann dgann@rgrdlaw.com
David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
Douglas R. Young dyoung@fbm.com
E Joseph Benz jbenz@csgrr.com
Eric Louis Toscano etoscano@reedsmith.com
Garland T. Stephens stephens@fr.com
Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@ftbklaw.com
Irfan A Lateef 2ial@kmob.com
Irfan Ahmed Lateef ial@kmob.com
Jack Wesley Hill fedserv@icklaw.com
Jack Wesley Hill fedserv@icklaw.com
James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
Jeffrey Fuming Yee yeej@gtlaw.com
Jeffrey K. Joyner joynerj@gtlaw.com
Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
Jonah D Mitchell jmitchell@reedsmith.com
Jonah Dylan Mitchell jmitchell@reedsmith.com
Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com

United States District Court
For the Northern District of California

4

United States District Court

For the Northern District of California

1   Kyle D Chen kyle.chen@cooley.com
    Kyung Kim dkim@wmalaw.com
2   Lam Khanh Nguyen lnguyen@cooley.com
    Laura Katherine Carter lcarter@winston.com
3   Lillian J Pan lpan@orrick.com
    Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
4   Mahmoud Munes Tomeh 2mmt@kmob.com
    Mark Daniel Selwyn mark.selwyn@wilmerhale.com
5   Marko R Zoretic 2mrz@kmob.com
    Matthew Clay Harris mch@emafirm.com
6   Matthew J. Brigham mbrigham@cooley.com
    Michael J Newton mike.newton@alston.com
7   Michael J. Bettinger mike.bettinger@klgates.com
    Michael L Brody Mbrody@winston.com
8   Nicholas James Nugent nicholas.nugent@finnegan.com
    Patricia Kane Schmidt patricia.schmidt@klgates.com
9   Peter M Jones pjones@rgrdlaw.com
    Ray R. Zado rayzado@quinnemanuel.com
10  Richard T Ting rting@reedsmith.com
    Robert Christopher Bunt rcbunt@pbatyler.com
11  Robert M Parker rmparker@pbatyler.com
    Roderick Bland Williams rick.williams@klgates.com
12  Roger Brian Craft bcraft@findlaycraft.com
    Ruben Singh Bains rbains@wmalaw.com
13  Ryan K. Walsh rwalsh@rgrdlaw.com
    Scott D. Baker sbaker@reedsmith.com
14  Scott Richard Mosko scott.mosko@finnegan.com
    Sean Sang-Chul Pak seanpak@quinnemanuel.com
15  Seth M Sproul sproul@fr.com
    Seth McCarthy Sproul sproul@fr.com
16  Steven S. Baik sbaik@ftbklaw.com
    Thomas J. Friel tfriel@cooley.com
17  Thomas John Ward jw@jwfirm.com
    Thomas John Ward jw@jwfirm.com
18  Timothy Paar Walker timothy.walker@klgates.com
    Todd Richard Gregorian tgregorian@fenwick.com
19  William F. Lee william.lee@wilmerhale.com

20
    **Dated:  October 17, 2011**                    **Richard W. Wieking, Clerk**
21

22                                                  By:    **/s/ JW Chambers**
                                                           **Susan Imbriani**
23                                                         **Courtroom Deputy**

24

25

26

27

28                                     5