IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>Acer, Inc., et al., | NO. C 10-03724 JW<br>NO. C 10-05254 JW<br>NO. C 10-03481 JW<br><br>**ORDER APPOINTING TECHNICAL ADVISOR** |
| AT&T, Inc., et al.,<br><br>    Defendants. | |
| Zions Bancorporation, et al.,<br><br>    Plaintiffs,<br><br> v.<br><br>U.S. Ethernet Innovations, LLC,<br><br>    Defendant. | |

On September 29, 2011, the Court issued an Order apprising the parties of its intent to appoint a Technical Advisor, Kwan Chan.[1] The Order provided that any party to the litigation

---

[1] (Notice of Intent to Appoint a Technical Advisor, Kwan Chan, hereafter, "Order" Docket Item No. 553 in No. C 10-03724 JW.)

wishing to object to Mr. Chan's appointment shall file its objection with the assigned Magistrate Judge by October 14, 2011. (Order at 4.) On October 17, 2011, Judge Beeler notified the Court that no objection has been filed.

Accordingly, the Court appoints Kwan Chan as a Technical Advisor for these related cases under the following terms:

1. Any advice provided to the Court by Mr. Chan will not be based on any extra-record information.

2. To the extent that the Court may ask Mr. Chan to provide a formal written report on technical advice concerning the case, a copy of the formal written report prepared by Mr. Chan shall be provided to the parties. However, the Court reserves the right to have informal verbal communications with Mr. Chan which are not included in any formal written report.

3. Mr. Chan may attend all case-related court proceedings.

4. Mr. Chan may review any pleadings, motions or documents submitted to the Court.

5. As a Technical Advisor, Mr. Chan will make no written findings of fact and will not supply any evidence to the Court. Thus, Mr. Chan will be outside the purview of "expert witnesses" under Fed. R. Evid. 706. As such, the provisions in Rule 706 for depositions and questioning of expert witnesses will be inapplicable to Mr. Chan. See Reilly v. United States, 863 F.2d 149, 155-67 (1st Cir. 1988).

6. Mr. Chan will have no contact with any of the parties or their counsel except for billing purposes.

7. Each party shall bear the cost of the Technical Advisor on a *per capita* basis, payable in advance. Because the Court has advanced the Markman hearing to October 21, 2011, the parties shall immediately meet and confer with Mr. Chan and develop a plan to set up a trust account whereby the parties shall deposit, initially, $10,000 each to cover the anticipated fees and costs. Mr. Chan shall issue statements to the parties and draw from the trust account every fifteen (15) days for his performance of the appointment. Mr. Chan will bill at the rate of $450.00 per hour.

2

The Technical Advisor shall report to the Court on a periodic basis, every sixty (60) days, regarding the state of his fees and expenses and make a recommendation to the Court as to whether the trust account needs additional deposits from the parties as the case progresses.

All matters pertaining to the fees of Mr. Chan are referred to the assigned Magistrate Judge.

8. On or before **October 18, 2011**, Mr. Chan shall file a declaration that he will adhere to the terms of his appointment.

The Clerk of Court shall immediately add Mr. Chan to the docket.

Dated: October 17, 2011

JAMES WARE
United States District Chief Judge

3

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
Darryl Michael Woo dwoo@fenwick.com
David J Healey healey@fr.com
David J. Healey Healey@fr.com
David Lee Gann dgann@rgrdlaw.com
David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
Douglas R. Young dyoung@fbm.com
E Joseph Benz jbenz@csgrr.com
Eric Louis Toscano etoscano@reedsmith.com
Garland T. Stephens stephens@fr.com
Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@ftbklaw.com
Irfan A Lateef 2ial@kmob.com
Irfan Ahmed Lateef ial@kmob.com
Jack Wesley Hill fedserv@icklaw.com
Jack Wesley Hill fedserv@icklaw.com
James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
Jeffrey Fuming Yee yeej@gtlaw.com
Jeffrey K. Joyner joynerj@gtlaw.com
Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
Jonah D Mitchell jmitchell@reedsmith.com
Jonah Dylan Mitchell jmitchell@reedsmith.com
Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com

4

**United States District Court**
For the Northern District of California

1  Kyle D Chen kyle.chen@cooley.com
   Kyung Kim dkim@wmalaw.com
2  Lam Khanh Nguyen lnguyen@cooley.com
   Laura Katherine Carter lcarter@winston.com
3  Lillian J Pan lpan@orrick.com
   Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
4  Mahmoud Munes Tomeh 2mmt@kmob.com
   Mark Daniel Selwyn mark.selwyn@wilmerhale.com
5  Marko R Zoretic 2mrz@kmob.com
   Matthew Clay Harris mch@emafirm.com
6  Matthew J. Brigham mbrigham@cooley.com
   Michael J Newton mike.newton@alston.com
7  Michael J. Bettinger mike.bettinger@klgates.com
   Michael L Brody Mbrody@winston.com
8  Nicholas James Nugent nicholas.nugent@finnegan.com
   Patricia Kane Schmidt patricia.schmidt@klgates.com
9  Peter M Jones pjones@rgrdlaw.com
   Ray R. Zado rayzado@quinnemanuel.com
10 Richard T Ting rting@reedsmith.com
   Robert Christopher Bunt rcbunt@pbatyler.com
11 Robert M Parker rmparker@pbatyler.com
   Roderick Bland Williams rick.williams@klgates.com
12 Roger Brian Craft bcraft@findlaycraft.com
   Ruben Singh Bains rbains@wmalaw.com
13 Ryan K. Walsh rwalsh@rgrdlaw.com
   Scott D. Baker sbaker@reedsmith.com
14 Scott Richard Mosko scott.mosko@finnegan.com
   Sean Sang-Chul Pak seanpak@quinnemanuel.com
15 Seth M Sproul sproul@fr.com
   Seth McCarthy Sproul sproul@fr.com
16 Steven S. Baik sbaik@ftbklaw.com
   Thomas J. Friel tfriel@cooley.com
17 Thomas John Ward jw@jwfirm.com
   Thomas John Ward jw@jwfirm.com
18 Timothy Paar Walker timothy.walker@klgates.com
   Todd Richard Gregorian tgregorian@fenwick.com
19 William F. Lee william.lee@wilmerhale.com

20
   **Dated:  October 17, 2011**                          **Richard W. Wieking, Clerk**
21

22                                                       **By:    /s/ JW Chambers**
                                                                  **Susan Imbriani**
23                                                                **Courtroom Deputy**

24

25

26

27

28
                                              5