**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Acer, Inc., et al,<br>_____/<br><br>AT&T, Inc., et al.,<br><br>    Defendants.<br>_____/<br><br>Zions Bancorporation, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>U.S. Ethernet Innovations, LLC,<br><br>    Defendant.<br>_____/ | NO. C 10-03724 JW<br>NO. C 10-05254 JW<br>NO. C 10-03481 JW<br><br>**ORDER RE. NOTICE REGARDING ALTERNATIVE DISPUTE RESOLUTION PROGRAM** |

On December 12, 2011, Plaintiff in the above-captioned cases filed a Notice Regarding Alternative Dispute Resolution Program.[1] In its Notice, Plaintiff contends that it is "unclear"

---

[1] (Notice Regarding Alternative Dispute Resolution (ADR) Multi-Option Program, hereafter, "Notice," Docket Item No. 95 in No. C 10-3481 JW.)

whether these actions remain assigned to the Court's Alternative Dispute Resolution ("ADR") program. (Id. at 2.) Further, Plaintiff contends that it has been "unable to reach an agreement" with Defendants on "any form of ADR process," and "requests clarification" regarding the status of these actions with regard to ADR. (Id. at 2-3.) Defendants respond that there is "no current requirement for the parties to participate in ADR in these cases," and that the Court "should not require the multitude of defendants . . . to submit to ADR until after the Court determines the appropriate structure" for the cases.[2]

Upon review, the Court finds that requiring the parties to engage in the ADR process would be premature at this time. In its May 11, 2011 Order, the Court explained that it had "repeatedly emphasized that it intends to initially limit this action to claim construction proceedings that will be binding on all parties in order to assist the Court in identifying which parties are the proper defendants."[3] Thus, it would be premature to require Defendants to engage in the ADR process, insofar as this action is still at the stage of claim construction proceedings.

Accordingly, the Court finds that this action is not subject to the ADR process at this time and removes any pending referral to the ADR program.

Dated: January 20, 2012

JAMES WARE
United States District Chief Judge

---

[2] (Response to Plaintiff's Notice Regarding Alternative Dispute Resolution (ADR) Multi-Option Program at 1, Docket Item No. 96 in No. C 10-3481 JW.)

[3] (Order Denying Plaintiff's Motion for Clarification of the Patent Scheduling Order at 2, Docket Item No. 55 in No. C 10-3481 JW.)

2

**United States District Court**
For the Northern District of California

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
3 Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
4 Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
5 Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
6 Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
7 Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
8 Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
9 Darryl Michael Woo dwoo@fenwick.com
David J Healey healey@fr.com
10 David J. Healey Healey@fr.com
David Lee Gann dgann@rgrdlaw.com
11 David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
12 Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
13 Douglas R. Young dyoung@fbm.com
E Joseph Benz jbenz@csgrr.com
14 Eric Louis Toscano etoscano@reedsmith.com
Garland T. Stephens stephens@fr.com
15 Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
16 Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@ftbklaw.com
17 Irfan A Lateef 2ial@kmob.com
Irfan Ahmed Lateef ial@kmob.com
18 Jack Wesley Hill fedserv@icklaw.com
Jack Wesley Hill fedserv@icklaw.com
19 James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
20 Jeffrey Fuming Yee yeej@gtlaw.com
Jeffrey K. Joyner joynerj@gtlaw.com
21 Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
22 John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
23 John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
24 Jonah D Mitchell jmitchell@reedsmith.com
Jonah Dylan Mitchell jmitchell@reedsmith.com
25 Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
26 Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com
27 Kyle D Chen kyle.chen@cooley.com

28

**United States District Court**
For the Northern District of California

1 Kyung Kim dkim@wmalaw.com
Lam Khanh Nguyen lnguyen@cooley.com
2 Laura Katherine Carter lcarter@winston.com
Lillian J Pan lpan@orrick.com
3 Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
Mahmoud Munes Tomeh 2mmt@kmob.com
4 Mark Daniel Selwyn mark.selwyn@wilmerhale.com
Marko R Zoretic 2mrz@kmob.com
5 Matthew Clay Harris mch@emafirm.com
Matthew J. Brigham mbrigham@cooley.com
6 Michael J Newton mike.newton@alston.com
Michael J. Bettinger mike.bettinger@klgates.com
7 Michael L Brody Mbrody@winston.com
Nicholas James Nugent nicholas.nugent@finnegan.com
8 Patricia Kane Schmidt patricia.schmidt@klgates.com
Peter M Jones pjones@rgrdlaw.com
9 Ray R. Zado rayzado@quinnemanuel.com
Richard T Ting rting@reedsmith.com
10 Robert Christopher Bunt rcbunt@pbatyler.com
Robert M Parker rmparker@pbatyler.com
11 Roderick Bland Williams rick.williams@klgates.com
Roger Brian Craft bcraft@findlaycraft.com
12 Ruben Singh Bains rbains@wmalaw.com
Ryan K. Walsh rwalsh@rgrdlaw.com
13 Scott D. Baker sbaker@reedsmith.com
Scott Richard Mosko scott.mosko@finnegan.com
14 Sean Sang-Chul Pak seanpak@quinnemanuel.com
Seth M Sproul sproul@fr.com
15 Seth McCarthy Sproul sproul@fr.com
Steven S. Baik sbaik@ftbklaw.com
16 Thomas J. Friel tfriel@cooley.com
Thomas John Ward jw@jwfirm.com
17 Thomas John Ward jw@jwfirm.com
Timothy Paar Walker timothy.walker@klgates.com
18 Todd Richard Gregorian tgregorian@fenwick.com
William F. Lee william.lee@wilmerhale.com
19

20 **Dated: January 20, 2012**  **Richard W. Wieking, Clerk**

21
**By:  /s/ JW Chambers**
22                 **Susan Imbriani**
                  **Courtroom Deputy**

4