1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN FRANCISCO DIVISION

10   U.S. Ethernet Innovations, LLC,            NO. C 10-03724 JW
                                                NO. C 10-05254 JW
11              Plaintiff,                       NO. C 10-03481 JW

12     v.                                        **ORDER RE. NOTICE REGARDING
                                                ALTERNATIVE DISPUTE
13   Acer, Inc., et al,                          RESOLUTION PROGRAM**

14   _____/

15   AT&T, Inc., et al.,

16

17              Defendants.
     _____/

18   Zions Bancorporation, et al.,

19              Plaintiffs,

20     v.

21   U.S. Ethernet Innovations, LLC,

22              Defendant.

23   _____/

24

25          On December 12, 2011, Plaintiff in the above-captioned cases filed a Notice Regarding

26   Alternative Dispute Resolution Program.[1]  In its Notice, Plaintiff contends that it is "unclear"

27   _____

28          [1] (Notice Regarding Alternative Dispute Resolution (ADR) Multi-Option Program, hereafter,
     "Notice," Docket Item No. 95 in No. C 10-3481 JW.)

**United States District Court**
For the Northern District of California

1    whether these actions remain assigned to the Court's Alternative Dispute Resolution ("ADR")

2    program.  (Id. at 2.)  Further, Plaintiff contends that it has been "unable to reach an agreement" with

3    Defendants on "any form of ADR process," and "requests clarification" regarding the status of these

4    actions with regard to ADR.  (Id. at 2-3.)  Defendants respond that there is "no current requirement

5    for the parties to participate in ADR in these cases," and that the Court "should not require the

6    multitude of defendants . . . to submit to ADR until after the Court determines the appropriate

7    structure" for the cases.[2]

8         Upon review, the Court finds that requiring the parties to engage in the ADR process would

9    be premature at this time.  In its May 11, 2011 Order, the Court explained that it had "repeatedly

10   emphasized that it intends to initially limit this action to claim construction proceedings that will be

11   binding on all parties in order to assist the Court in identifying which parties are the proper

12   defendants."[3]  Thus, it would be premature to require Defendants to engage in the ADR process,

13   insofar as this action is still at the stage of claim construction proceedings.

14        Accordingly, the Court finds that this action is not subject to the ADR process at this time

15   and removes any pending referral to the ADR program.

16

17   Dated:  January 20, 2012

18                                                        JAMES WARE
                                                         United States District Chief Judge

19

20

21

22

23

24

25        [2] (Response to Plaintiff's Notice Regarding Alternative Dispute Resolution (ADR) Multi-Option
     Program at 1, Docket Item No. 96 in No. C 10-3481 JW.)

26

27        [3] (Order Denying Plaintiff's Motion for Clarification of the Patent Scheduling Order at 2,
     Docket Item No. 55 in No. C 10-3481 JW.)

28

                                                   2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
Darryl Michael Woo dwoo@fenwick.com
David J Healey healey@fr.com
David J. Healey Healey@fr.com
David Lee Gann dgann@rgrdlaw.com
David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
Douglas R. Young dyoung@fbm.com
E Joseph Benz jbenz@csgrr.com
Eric Louis Toscano etoscano@reedsmith.com
Garland T. Stephens stephens@fr.com
Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@ftbklaw.com
Irfan A Lateef 2ial@kmob.com
Irfan Ahmed Lateef ial@kmob.com
Jack Wesley Hill fedserv@icklaw.com
Jack Wesley Hill fedserv@icklaw.com
James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
Jeffrey Fuming Yee yeej@gtlaw.com
Jeffrey K. Joyner joynerj@gtlaw.com
Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
Jonah D Mitchell jmitchell@reedsmith.com
Jonah Dylan Mitchell jmitchell@reedsmith.com
Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com
Kyle D Chen kyle.chen@cooley.com

United States District Court
For the Northern District of California

**United States District Court**
For the Northern District of California

1    Kyung Kim dkim@wmalaw.com
     Lam Khanh Nguyen lnguyen@cooley.com
2    Laura Katherine Carter lcarter@winston.com
     Lillian J Pan lpan@orrick.com
3    Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
     Mahmoud Munes Tomeh 2mmt@kmob.com
4    Mark Daniel Selwyn mark.selwyn@wilmerhale.com
     Marko R Zoretic 2mrz@kmob.com
5    Matthew Clay Harris mch@emafirm.com
     Matthew J. Brigham mbrigham@cooley.com
6    Michael J Newton mike.newton@alston.com
     Michael J. Bettinger mike.bettinger@klgates.com
7    Michael L Brody Mbrody@winston.com
     Nicholas James Nugent nicholas.nugent@finnegan.com
8    Patricia Kane Schmidt patricia.schmidt@klgates.com
     Peter M Jones pjones@rgrdlaw.com
9    Ray R. Zado rayzado@quinnemanuel.com
     Richard T Ting rting@reedsmith.com
10   Robert Christopher Bunt rcbunt@pbatyler.com
     Robert M Parker rmparker@pbatyler.com
11   Roderick Bland Williams rick.williams@klgates.com
     Roger Brian Craft bcraft@findlaycraft.com
12   Ruben Singh Bains rbains@wmalaw.com
     Ryan K. Walsh rwalsh@rgrdlaw.com
13   Scott D. Baker sbaker@reedsmith.com
     Scott Richard Mosko scott.mosko@finnegan.com
14   Sean Sang-Chul Pak seanpak@quinnemanuel.com
     Seth M Sproul sproul@fr.com
15   Seth McCarthy Sproul sproul@fr.com
     Steven S. Baik sbaik@ftbklaw.com
16   Thomas J. Friel tfriel@cooley.com
     Thomas John Ward jw@jwfirm.com
17   Thomas John Ward jw@jwfirm.com
     Timothy Paar Walker timothy.walker@klgates.com
18   Todd Richard Gregorian tgregorian@fenwick.com
     William F. Lee william.lee@wilmerhale.com
19

20   **Dated: January 20, 2012**                    **Richard W. Wieking, Clerk**

21

22                                                  **By:    /s/ JW Chambers**
                                                        **Susan Imbriani**
23                                                      **Courtroom Deputy**

24

25

26

27

28                                        4