1   John W. Thornburgh (154627), thornburgh@fr.com   Robbins Geller Rudman & Dowd LLP
    Seth M. Sproul (217711), sproul@fr.com            Michael J. Dowd (135628)
2   Fish & Richardson P.C.                            John K. Grant (169813)
    12390 El Camino Real                              Shawn A. Williams (213113)
3   San Diego, CA 92130                               Post Montgomery Center
    Phone: 858-678-5070 / Fax: 858-678-5099           One Montgomery Street, Suite 1800
4                                                     San Francisco, California 94104
    Garland T. Stephens, stephens@fr.com              Telephone:  415-288-4545
5   David J. Healey, *pro hac vice,* healey@fr.com     Facsimile:  415-288-4534
    Benjamin C. Elacqua, *pro hac vice,*               miked@rgrdlaw.com; johng@rgrdlaw.com;
6   elacqua@fr.com                                    shawnw@rgrdlaw.com
    John P. Brinkmann, *pro hac vice*
7   brinkmann@fr.com                                  John C. Herman (*pro hac vice*)
    Fish & Richardson P.C.                            Ryan K. Walsh (*pro hac vice*)
8   1221 McKinney Street, Suite 2800                  Peter M. Jones *(pro hac vice)*
    Houston, TX 77010                                 David L. Gann (*pro hac vice*)
9   Phone: 713-654-5300 / Fax: 713-652-0109           3424 Peachtree Road, N.E.
                                                      Monarch Centre, Suite 1650
10  Thad C. Kodish, *pro hac vice,* tkodish@fr.com    Atlanta, Georgia 30326
    Aamir A. Kazi, *pro hac vice*, kazi@fr.com         Telephone:  404-504-6500
11  Fish & Richardson P.C.                            Facsimile:  404-504-6501
    1180 Peachtree Street, N.E., Suite 2100           jherman@rgrdlaw.com;
12  Atlanta, GA 30309                                 rwalsh@rgrdlaw.com;
    Phone: 404-892-5005 / Fax: 404-892-5002           pjones@rgrdlaw.com; dgann@rgrdlaw.com
13
    Attorneys for Intervenor Intel Corporation        Attorneys for Plaintiff
14                                                    U.S. Ethernet Innovations, LLC

15                      UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
                          SAN FRANCISCO DIVISION
17

18  U.S. Ethernet Innovations, LLC,        Case No. 5:10-cv-03724 JW
                                           Case No. 5:10-cv-05254 JW
            Plaintiff,                     Case No. 5:10-cv-03481 JW
19
          v.
20                                         **STIPULATION AND
    Acer, Inc., et al.,                    [PROPOSED] ORDER RELATING TO
            Defendants,                    ENLARGEMENT OF TIME TO FILE
21                                         SUPPLEMENTAL BRIEFING**
    Atheros Communications, Inc., et al.,
22          Intervenors.

23  AT&T Mobility, LLC, et al.,

            Defendants.                    Judge:      Hon. James Ware
24                                         Courtroom:  9, 19th floor
    Zions Bancorporation,
25
            Plaintiff,
          v.
26
    U.S. Ethernet Innovations, LLC,
27          Defendant.

28
    STIPULATION AND [PROPOSED] ORDER                        Case Nos. 5:10-cv-03724 JW;
    RELATING TO ENLARGEMENT OF TIME TO FILE              5:10-cv-05254 JW; 5:10-cv-03481 JW
    SUPPLEMENTAL BRIEFING

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their

2    respective counsel, and subject to the approval of the Court, as follows:

3    Pursuant to the Court's Order of February 22, 2012 [Dk. No. 592] (the "Order"), the

4    parties are to provide on March 7, 2012 simultaneous supplemental briefs relating to all phrases

5    identified in the Court's January 31 Order.  The parties hereby jointly request that the Court

6    extend the deadline to file supplemental briefs by one week to March 14, 2012.

7    WHEREAS, the parties are working diligently to finish the supplemental briefing ordered

8    by the Court in its Feb. 22 Order.

9    WHEREAS, the Defendants require additional time to coordinate their analysis and efforts.

10   WHEREAS, the parties will exchange their respective constructions of disputed terms on

11   Monday, March 5, 2012 at 12:00 p.m.

12   WHEREAS, the proposed deadline of March 14 provides 26 days until the Case

13   Management Conference, and will not affect any other date set by the Court.

14   Accordingly, the parties STIPULATE AND AGREE that the date to simultaneously file

15   supplemental briefs relating to all of the phrases identified in the Court's January 31 Order be

16   extended to **Wednesday, March 14, 2012** and the date to deliver two chambers copies of the

17   supplemental briefs in three-ring binders to the Court on or before **Friday, March 16, 2012**.

18

19

20   DATED:  February 29, 2012          ROBBINS GELLER RUDMAN & DOWD LLP

21                                      By: */s/ Peter M. Jones*
                                           Peter M. Jones, pjones@rgrdlaw.com

22                                      Counsel for Plaintiff U.S. Ethernet Innovations, LLC

23   DATED:  February 29, 2012          FISH & RICHARDSON P.C.

24

25                                      By:  */s/ Seth M. Sproul*
                                            Seth M. Sproul, sproul@fr.com

26                                      Counsel for Intervenor INTEL CORPORATION

27                                      On behalf of Defendants

28
     STIPULATION AND [PROPOSED] ORDER          1          Case Nos. 5:10-cv-03724 JW;
     RELATING TO ENLARGEMENT OF TIME TO                    5:10-cv-05254 JW; 5:10-cv-03481 JW
     FILE SUPPLEMENTAL BRIEFING

1   **DECLARATION OF CONSENT**

2      Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under

3   penalty of perjury that concurrence in the filing of this document has been obtained from the

4   parties hereto.

5   DATED:  February 29, 2012          FISH & RICHARDSON P.C.

6

7                                      By:  */s/ Seth M. Sproul*
                                           Seth M. Sproul, sproul@fr.com
                                       Counsel for Intervenor INTEL CORPORATION
8

9

10

11                                     **ORDER**

12   PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

     Dated: March 5, 2012          _____
13
                                    Hon. James Ware, Chief Judge
14                                  United States District Court

15

16

17

18

19

20

21

22

23

24

25

26

27

28   STIPULATION AND [PROPOSED] ORDER        2        Case Nos. 5:10-cv-03724 JW;
     RELATING TO ENLARGEMENT OF TIME TO           5:10-cv-05254 JW; 5:10-cv-03481 JW
     FILE SUPPLEMENTAL BRIEFING