| | |
|---|---|
| John W. Thornburgh (154627), thornburgh@fr.com<br>Seth M. Sproul (217711), sproul@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Phone: 858-678-5070 / Fax: 858-678-5099<br><br>Garland T. Stephens, stephens@fr.com<br>David J. Healey, *pro hac vice,* healey@fr.com<br>Benjamin C. Elacqua, *pro hac vice,*<br>elacqua@fr.com<br>John P. Brinkmann, *pro hac vice*<br>brinkmann@fr.com<br>Fish & Richardson P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Phone: 713-654-5300 / Fax: 713-652-0109<br><br>Thad C. Kodish, *pro hac vice,* tkodish@fr.com<br>Aamir A. Kazi, *pro hac vice,* kazi@fr.com<br>Fish & Richardson P.C.<br>1180 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309<br>Phone: 404-892-5005 / Fax: 404-892-5002<br><br>Attorneys for Intervenor Intel Corporation | Robbins Geller Rudman & Dowd LLP<br>Michael J. Dowd (135628)<br>John K. Grant (169813)<br>Shawn A. Williams (213113)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone:  415-288-4545<br>Facsimile:  415-288-4534<br>miked@rgrdlaw.com; johng@rgrdlaw.com;<br>shawnw@rgrdlaw.com<br><br>John C. Herman (*pro hac vice*)<br>Ryan K. Walsh (*pro hac vice*)<br>Peter M. Jones *(pro hac vice)*<br>David L. Gann (*pro hac vice*)<br>3424 Peachtree Road, N.E.<br>Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326<br>Telephone:  404-504-6500<br>Facsimile:  404-504-6501<br>jherman@rgrdlaw.com;<br>rwalsh@rgrdlaw.com;<br>pjones@rgrdlaw.com; dgann@rgrdlaw.com<br><br>Attorneys for Plaintiff<br>U.S. Ethernet Innovations, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>   Plaintiff,<br> v.<br>Acer, Inc., et al.,<br>   Defendants.<br>Atheros Communications, Inc., et al.,<br>   Intervenors.<br>AT&T Mobility, LLC, et al.,<br>   Defendants.<br>Zions Bancorporation,<br>   Plaintiff,<br> v.<br>U.S. Ethernet Innovations, LLC,<br>   Defendant. | Case No. 5:10-cv-03724 JW<br>Case No. 5:10-cv-05254 JW<br>Case No. 5:10-cv-03481 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RELATING TO ENLARGEMENT OF TIME TO FILE SUPPLEMENTAL BRIEFING**<br><br>Judge:  Hon. James Ware<br>Courtroom: 9, 19th floor |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, as follows:

Pursuant to the Court's Order of February 22, 2012 [Dk. No. 592] (the "Order"), the parties are to provide on March 7, 2012 simultaneous supplemental briefs relating to all phrases identified in the Court's January 31 Order.  The parties hereby jointly request that the Court extend the deadline to file supplemental briefs by one week to March 14, 2012.

WHEREAS, the parties are working diligently to finish the supplemental briefing ordered by the Court in its Feb. 22 Order.

WHEREAS, the Defendants require additional time to coordinate their analysis and efforts.

WHEREAS, the parties will exchange their respective constructions of disputed terms on Monday, March 5, 2012 at 12:00 p.m.

WHEREAS, the proposed deadline of March 14 provides 26 days until the Case Management Conference, and will not affect any other date set by the Court.

Accordingly, the parties STIPULATE AND AGREE that the date to simultaneously file supplemental briefs relating to all of the phrases identified in the Court's January 31 Order be extended to **Wednesday, March 14, 2012** and the date to deliver two chambers copies of the supplemental briefs in three-ring binders to the Court on or before **Friday, March 16, 2012**.

DATED:  February 29, 2012        ROBBINS GELLER RUDMAN & DOWD LLP

By: */s/ Peter M. Jones*
    Peter M. Jones, pjones@rgrdlaw.com

Counsel for Plaintiff U.S. Ethernet Innovations, LLC

DATED:  February 29, 2012        FISH & RICHARDSON P.C.

By:  */s/ Seth M. Sproul*
     Seth M. Sproul, sproul@fr.com
Counsel for Intervenor INTEL CORPORATION

On behalf of Defendants

STIPULATION AND [~~PROPOSED~~] ORDER          1          Case Nos. 5:10-cv-03724 JW;
RELATING TO ENLARGEMENT OF TIME TO                     5:10-cv-05254 JW; 5:10-cv-03481 JW
FILE SUPPLEMENTAL BRIEFING

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED: February 29, 2012        FISH & RICHARDSON P.C.

By:  */s/ Seth M. Sproul*
    Seth M. Sproul, sproul@fr.com
Counsel for Intervenor INTEL CORPORATION

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: March 5, 2012        _____
Hon. James Ware, Chief Judge
United States District Court