1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  MICHAEL J. DOWD (135628),
   miked@rgrdlaw.com
3  JOHN K. GRANT (169813),
   johng@rgrdlaw.com
4  SHAWN A. WILLIAMS (213113),
   shawnw@rgrdlaw.com
5  Post Montgomery Center
   One Montgomery Street, Suite 1800
6  San Francisco, California 94104
   Telephone:  415-288-4545
7  Facsimile:  415-288-4534

8  AND

9  JOHN C. HERMAN (*pro hac vice*),
   jherman@rgrdlaw.com
10 RYAN K. WALSH (*pro hac vice*),
   rwalsh@rgrdlaw.com
11 PETER M. JONES (*pro hac vice*),
   pjones@rgrdlaw.com
12 DAVID L. GANN (*pro hac vice*),
   dgann@rgrdlaw.com
13 3424 Peachtree Road, N.E.
   Monarch Centre, Suite 1650
14 Atlanta, Georgia 30326
   Telephone:  404-504-6500
15 Facsimile:  404-504-6501

16 Attorneys for Plaintiff,
17 U.S. Ethernet Innovations, LLC

John W. Thornburgh (154627)
thornburgh@fr.com
Seth M. Sproul (217711)
sproul@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Garland T. Stephens, stephens@fr.com
David J. Healey, pro hac vice, healey@fr.com
Benjamin C. Elacqua, pro hac vice,
elacqua@fr.com
John P. Brinkmann, pro hac vice
brinkmann@fr.com
Fish & Richardson P.C.
1221 McKinney Street, Suite 2800
Houston, TX 77010
Phone: 713-654-5300 / Fax: 713-652-0109

Thad C. Kodish, pro hac vice, tkodish@fr.com
Aamir A. Kazi, pro hac vice, kazi@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

Attorneys for Intervenor Intel Corporation

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

18

19

20  U.S. Ethernet Innovations, LLC,                    )   Case No. 5:10-cv-03724 JW
                                                       )   Case No. 5:10-cv-05254 JW
21              Plaintiff,                              )   Case No. 5:10-cv-03481 JW
            v.                                          )
22  Acer, Inc., et al.,                                )   STIPULATION AND [PROPOSED]
                                                       )   ORDER RELATING TO
23              Defendants.                             )   ENLARGEMENT OF TIME TO FILE
   ────────────────────────────────                    )   CLAIM CONSTRUCTION BRIEF
24  AT&T, Inc, et al.,                                 )   PURSUANT TO FIRST CLAIM
                                                       )   CONSTRUCTION ORDER
25              Defendants.                             )
   ────────────────────────────────                    )
26  Zions Bancorporation,                              )   Judge:  Hon. James Ware
                                                       )   Courtroom:  9, 19th Floor
27          Declaratory Judgment Plaintiff.            )

28

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through

2  their respective counsel, and subject to the approval of the Court, as follows:

3    Pursuant to the Court's Order of March 5, 2012 [Dk. No. 594] (the "Order"), the parties

4  are to provide on March 14, 2012 simultaneous supplemental briefs relating to all phrases

5  identified in the Court's January 31 Order. The parties hereby jointly request that the Court

6  extend the deadline to file supplemental briefs by one day to March 15, 2012.

7    WHEREAS, the parties are working diligently to finish the supplemental briefing ordered

8  by the Court in its March 5th Order.

9    WHEREAS, Plaintiff requires one additional day to prepare its submission.

10    WHEREAS, the proposed deadline of March 15 provides 25 days until the Case

11  Management Conference, and will not affect any other date set by the Court.

12    Accordingly, the parties STIPULATE AND AGREE that the date to simultaneously file

13  supplemental briefs relating to all of the phrases identified in the Court's January 31 Order be

14  extended to Thursday, March 15, 2012 and the date to deliver two chambers copies of the

15  supplemental briefs in three-ring binders to the Court remains on or before Friday, March 16,

16  2012.

17  DATED: March 14, 2012          ROBBINS GELLER RUDMAN & DOWD LLP

18

19                                By:    /s/ Peter M. Jones
                                         Peter M. Jones, pjones@rgrdlaw.com

20
                                  Counsel for Plaintiff,
21                                U.S. ETHERNET INNOVATIONS, LLC

22

23  DATED: March 14, 2012          FISH & RICHARDSON P.C.

24

25                                By:    /s/ Seth M. Sproul
                                         Seth M. Sproul, sproul@fr.com

26                                Counsel for Intervenor INTEL CORPORATION

27                                On behalf of Defendants

28

694055_1   STIPULATION AND [PROPOSED] ORDER RELATING TO ENLARGEMENT OF TIME
           CASE NOS. 5:10-CV-03724-JW; 5:10-CV-05254-JW; 5:10-CV-03481-JW          - 2 -

## DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED: March 14, 2012                    ROBBINS GELLER RUDMAN & DOWD LLP


                                         By: /s/ Peter M. Jones
                                             Peter M. Jones, pjones@rgrdlaw.com

                                         Counsel for Plaintiff,
                                         U.S. ETHERNET INNOVATIONS, LLP



## ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.


Dated:  March 16, 2012

                                         Hon. James Ware, Chief Judge
                                         United States District Court

STIPULATION AND [~~PROPOSED~~] ORDER RELATING TO ENLARGEMENT OF TIME
CASE NOS. 5:10-CV-03724-JW; 5:10-CV-05254-JW; 5:10-CV-03481-JW                    - 3 -