| | |
|---|---|
| ROBBINS GELLER RUDMAN & DOWD LLP<br>MICHAEL J. DOWD (135628), miked@rgrdlaw.com<br>JOHN K. GRANT (169813), johng@rgrdlaw.com<br>SHAWN A. WILLIAMS (213113), shawnw@rgrdlaw.com<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: 415-288-4545<br>Facsimile: 415-288-4534<br><br>AND<br><br>JOHN C. HERMAN (*pro hac vice*), jherman@rgrdlaw.com<br>RYAN K. WALSH (*pro hac vice*), rwalsh@rgrdlaw.com<br>PETER M. JONES (*pro hac vice*), pjones@rgrdlaw.com<br>DAVID L. GANN (*pro hac vice*), dgann@rgrdlaw.com<br>3424 Peachtree Road, N.E.<br>Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: 404-504-6500<br>Facsimile: 404-504-6501<br><br>Attorneys for Plaintiff,<br>U.S. Ethernet Innovations, LLC | John W. Thornburgh (154627)<br>thornburgh@fr.com<br>Seth M. Sproul (217711)<br>sproul@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Phone: 858-678-5070 / Fax: 858-678-5099<br><br>Garland T. Stephens, stephens@fr.com<br>David J. Healey, pro hac vice, healey@fr.com<br>Benjamin C. Elacqua, pro hac vice, elacqua@fr.com<br>John P. Brinkmann, pro hac vice brinkmann@fr.com<br>Fish & Richardson P.C.<br>1221 McKinney Street, Suite 2800<br>Houston, TX 77010<br>Phone: 713-654-5300 / Fax: 713-652-0109<br><br>Thad C. Kodish, pro hac vice, tkodish@fr.com<br>Aamir A. Kazi, pro hac vice, kazi@fr.com<br>Fish & Richardson P.C.<br>1180 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309<br>Phone: 404-892-5005 / Fax: 404-892-5002<br><br>Attorneys for Intervenor Intel Corporation |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>      Plaintiff,<br>  v.<br>Acer, Inc., et al.,<br>      Defendants.<br>_____<br>AT&T, Inc, et al.,<br>      Defendants.<br>_____<br>Zions Bancorporation,<br>      Declaratory Judgment Plaintiff. | ) Case No. 5:10-cv-03724 JW<br>) Case No. 5:10-cv-05254 JW<br>) Case No. 5:10-cv-03481 JW<br>)<br>) STIPULATION AND [PROPOSED]<br>) ORDER RELATING TO<br>) ENLARGEMENT OF TIME TO FILE<br>) CLAIM CONSTRUCTION BRIEF<br>) PURSUANT TO FIRST CLAIM<br>) CONSTRUCTION ORDER<br>)<br>) Judge: Hon. James Ware<br>) Courtroom: 9, 19th Floor<br>) |

1  IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through
2 their respective counsel, and subject to the approval of the Court, as follows:
3  Pursuant to the Court's Order of March 5, 2012 [Dk. No. 594] (the "Order"), the parties
4 are to provide on March 14, 2012 simultaneous supplemental briefs relating to all phrases
5 identified in the Court's January 31 Order. The parties hereby jointly request that the Court
6 extend the deadline to file supplemental briefs by one day to March 15, 2012.
7  WHEREAS, the parties are working diligently to finish the supplemental briefing ordered
8 by the Court in its March 5th Order.
9  WHEREAS, Plaintiff requires one additional day to prepare its submission.
10  WHEREAS, the proposed deadline of March 15 provides 25 days until the Case
11 Management Conference, and will not affect any other date set by the Court.
12  Accordingly, the parties STIPULATE AND AGREE that the date to simultaneously file
13 supplemental briefs relating to all of the phrases identified in the Court's January 31 Order be
14 extended to Thursday, March 15, 2012 and the date to deliver two chambers copies of the
15 supplemental briefs in three-ring binders to the Court remains on or before Friday, March 16,
16 2012.

17 DATED: March 14, 2012   ROBBINS GELLER RUDMAN & DOWD LLP

19  By: /s/ Peter M. Jones
     Peter M. Jones, pjones@rgrdlaw.com

20  Counsel for Plaintiff,
21  U.S. ETHERNET INNOVATIONS, LLC

23 DATED: March 14, 2012   FISH & RICHARDSON P.C.

25  By: /s/ Seth M. Sproul
     Seth M. Sproul, sproul@fr.com

26  Counsel for Intervenor INTEL CORPORATION

27  On behalf of Defendants

28

**DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED: March 14, 2012                ROBBINS GELLER RUDMAN & DOWD LLP

By: /s/ Peter M. Jones
     Peter M. Jones, pjones@rgrdlaw.com

Counsel for Plaintiff,
U.S. ETHERNET INNOVATIONS, LLP

**ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**.

Dated: March 16, 2012          _____
                               Hon. James Ware, Chief Judge
                               United States District Court

694055_1

STIPULATION AND [PROPOSED] ORDER RELATING TO ENLARGEMENT OF TIME
CASE NOS. 5:10-CV-03724-JW; 5:10-CV-05254-JW; 5:10-CV-03481-JW             - 3 -