United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br><br>        Plaintiff,<br>    v.<br>Acer, Inc. et al.,<br><br>_____/<br>AT&T, Inc., et al.,<br><br>        Defendants.<br>_____/<br>Zions Bancorporation, et al.,<br><br>        Plaintiffs,<br>    v.<br>U.S. Ethernet Innovations, LLC,<br><br>        Defendant.<br>_____/ | NO. C 10-03724 JW<br>NO. C 10-05254 JW<br>NO. C 10-03481 JW<br><br>**ORDER VACATING CASE**<br>**MANAGEMENT CONFERENCE;**<br>**SETTING <u>MARKMAN</u> HEARING** |

This matter is scheduled for a Case Management Conference on April 9, 2012. On March 30, 2012, the parties filed a Joint Case Management Statement. (hereafter, "Statement," Docket Item No. 601 in No. C 10-03724 JW.) In the Statement, Defendants contend that the Court should conduct a <u>Markman</u> hearing to address the claim construction issues raised in the parties'

supplemental claim construction briefing.[1] (Id. at 7-8.) In addition, Defendants contend that the parties should also provide claim construction briefing for the following three terms: (1) "medium access task"; (2) "frame transfer task"; and (3) "host interface means." (Id. at 8.) In particular, Defendants contend that these terms involve "many of the same issues that the Court is considering" in the course of construing certain terms that were the subject of the supplemental claim construction briefing. (Id.) In response, Plaintiff contends that there is "little justification" for a Markman hearing on the issues raised in the parties' supplemental claim construction briefing, and that construction of the three terms proposed by Defendants for additional claim construction briefing "will not serve to further enlighten the Court's consideration about how best to move this case forward." (Id. at 3-4.) Instead, Plaintiff contends that this matter should "move forward toward a merits determination" at this time. (Id. at 4.)

Upon review, the Court finds that it would benefit from a Markman hearing on the supplemental claim construction briefing that has been filed by the parties. Further, the Court finds good cause to examine whether construction of the additional terms–namely, "medium access task," "frame transfer task" and "host interface means"–is necessary in resolving these cases. Thus, in light of the pending claim construction proceedings, the Court finds that a Case Management Conference would be premature at this time. Accordingly, the Court VACATES the April 9 Conference and ORDERS as follows:

(1) On or before **April 18, 2012**, the parties shall file supplemental simultaneous claim construction briefs for the following three terms: (a) "medium access task"; (b) "frame transfer task"; and (c) "host interface means." On or before **April 20, 2012**, the parties shall deliver two chambers copies of the supplemental briefs in three-ring binders.

---

[1] On January 31, 2012, the Court issued its First Claim Construction Order in this case, in which, *inter alia*, it required the parties to file supplemental claim construction briefing regarding certain terms. (See First Claim Construction Order, Docket Item No. 586 in No. C 10-03724 JW.) On March 15, 2012, the parties filed their supplemental claim construction briefing pursuant to the Court's First Claim Construction Order. (See Docket Item Nos. 596, 597 in No. C 10-03724 JW.)

(2) The Court sets **May 3, 2012 at 9 a.m.** for a <u>Markman</u> hearing. Each side will have ninety (90) minutes to present its argument. The <u>Markman</u> hearing shall address both the supplemental claim construction briefing submitted by the parties on March 15, 2012, as well as the additional claim construction briefing discussed in this Order.

Dated: April 2, 2012

JAMES WARE
United States District Chief Judge

3

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 Andy Tindel atindel@andytindel.com
Anthony H. Son ason@wileyrein.com
3 Ashlea Pflug araymond@winston.com
Barry Kenneth Shelton shelton@fr.com
4 Benjamin Charles Elacqua elacqua@fr.com
Brian Christopher Claassen Brian.Claassen@kmob.com
5 Bruce A Smith bsmith@jwfirm.com
Charlene Marie Morrow cmorrow@fenwick.com
6 Charles Ainsworth charley@pbatyler.com
Christopher Frederick Jeu cjeu@mofo.com
7 Christopher Needham Cravey ccravey@wmalaw.com
Christopher Ronald Noyes christopher.noyes@wilmerhale.com
8 Craig Steven Summers 2css@kmob.com
Danny Lloyd Williams dwilliams@wmalaw.com
9 Darryl Michael Woo dwoo@fenwick.com
David J Healey healey@fr.com
10 David J. Healey Healey@fr.com
David Lee Gann dgann@rgrdlaw.com
11 David T McDonald david.mcdonald@klgates.com
David T Pollock dpollock@reedsmith.com
12 Deron R Dacus ddacus@rameyflock.com
Dominic E. Massa dominic.massa@wilmerhale.com
13 Douglas R. Young dyoung@fbm.com
E Joseph Benz jbenz@csgrr.com
14 Eric Louis Toscano etoscano@reedsmith.com
Garland T. Stephens stephens@fr.com
15 Harold H Davis harold.davis@klgates.com
Hector J. Ribera hribera@fenwick.com
16 Hiep Huu Nguyen hnguyen@winston.com
Hsiang H. Lin jlin@ftbklaw.com
17 Irfan A Lateef 2ial@kmob.com
Irfan Ahmed Lateef ial@kmob.com
18 Jack Wesley Hill fedserv@icklaw.com
Jack Wesley Hill fedserv@icklaw.com
19 James Patrick Brogan jbrogan@cooley.com
Jason S Jackson jjackson@rgrdlaw.com
20 Jeffrey Fuming Yee yeej@gtlaw.com
Jeffrey K. Joyner joynerj@gtlaw.com
21 Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
Jessica M. Kattula jkattula@rgrdlaw.com
22 John Christopher Herman jherman@rgrdlaw.com
John K. Grant johnkg@rgrdlaw.com
23 John Philip Brinkmann brinkmann@fr.com
John W Thornburgh thornburgh@fr.com
24 Jonah D Mitchell jmitchell@reedsmith.com
Jonah Dylan Mitchell jmitchell@reedsmith.com
25 Jordan Jaffe jordanjaffe@quinnemanuel.com
Karl J Kramer kkramer@mofo.com
26 Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
Kimball R Anderson kanderson@winston.com
27 Kyle D Chen kyle.chen@cooley.com

28

United States District Court
For the Northern District of California

Kyung Kim dkim@wmalaw.com
Lam Khanh Nguyen lnguyen@cooley.com
Laura Katherine Carter lcarter@winston.com
Lillian J Pan lpan@orrick.com
Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
Mahmoud Munes Tomeh 2mmt@kmob.com
Mark Daniel Selwyn mark.selwyn@wilmerhale.com
Marko R Zoretic 2mrz@kmob.com
Matthew Clay Harris mch@emafirm.com
Matthew J. Brigham mbrigham@cooley.com
Michael J Newton mike.newton@alston.com
Michael J. Bettinger mike.bettinger@klgates.com
Michael L Brody Mbrody@winston.com
Nicholas James Nugent nicholas.nugent@finnegan.com
Patricia Kane Schmidt patricia.schmidt@klgates.com
Peter M Jones pjones@rgrdlaw.com
Ray R. Zado rayzado@quinnemanuel.com
Richard T Ting rting@reedsmith.com
Robert Christopher Bunt rcbunt@pbatyler.com
Robert M Parker rmparker@pbatyler.com
Roderick Bland Williams rick.williams@klgates.com
Roger Brian Craft bcraft@findlaycraft.com
Ruben Singh Bains rbains@wmalaw.com
Ryan K. Walsh rwalsh@rgrdlaw.com
Scott D. Baker sbaker@reedsmith.com
Scott Richard Mosko scott.mosko@finnegan.com
Sean Sang-Chul Pak seanpak@quinnemanuel.com
Seth M Sproul sproul@fr.com
Seth McCarthy Sproul sproul@fr.com
Steven S. Baik sbaik@ftbklaw.com
Thomas J. Friel tfriel@cooley.com
Thomas John Ward jw@jwfirm.com
Thomas John Ward jw@jwfirm.com
Timothy Paar Walker timothy.walker@klgates.com
Todd Richard Gregorian tgregorian@fenwick.com
William F. Lee william.lee@wilmerhale.com

**Dated: April 2, 2012**   **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers
         Susan Imbriani
         Courtroom Deputy**

5