1

2

3

4

5

6

**United States District Court**
For the Northern District of California

7

IN THE UNITED STATES DISTRICT COURT

8

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

SAN FRANCISCO DIVISION

10

U.S. Ethernet Innovations, LLC,

NO. C 10-03724 JW

11

Plaintiff,

NO. C 10-05254 JW
NO. C 10-03481 JW

12

v.

**ORDER VACATING CASE**

13

Acer, Inc. et al.,

**MANAGEMENT CONFERENCE;**
**SETTING MARKMAN HEARING**

14

_____/

15

AT&T, Inc., et al.,

16

17

Defendants.

_____/

18

Zions Bancorporation, et al.,

19

Plaintiffs,

20

v.

21

U.S. Ethernet Innovations, LLC,

22

Defendant.

23

_____/

24

25

This matter is scheduled for a Case Management Conference on April 9, 2012.  On March

26

30, 2012, the parties filed a Joint Case Management Statement.  (hereafter, "Statement," Docket

27

Item No. 601 in No. C 10-03724 JW.)  In the Statement, Defendants contend that the Court should

28

conduct a Markman hearing to address the claim construction issues raised in the parties'

United States District Court

For the Northern District of California

1    supplemental claim construction briefing.[1]  (Id. at 7-8.)  In addition, Defendants contend that the

2    parties should also provide claim construction briefing for the following three terms: (1) "medium

3    access task"; (2) "frame transfer task"; and (3) "host interface means."  (Id. at 8.)  In particular,

4    Defendants contend that these terms involve "many of the same issues that the Court is considering"

5    in the course of construing certain terms that were the subject of the supplemental claim construction

6    briefing.  (Id.)  In response, Plaintiff contends that there is "little justification" for a Markman

7    hearing on the issues raised in the parties' supplemental claim construction briefing, and that

8    construction of the three terms proposed by Defendants for additional claim construction briefing

9    "will not serve to further enlighten the Court's consideration about how best to move this case

10   forward."  (Id. at 3-4.)  Instead, Plaintiff contends that this matter should "move forward toward a

11   merits determination" at this time.  (Id. at 4.)

12        Upon review, the Court finds that it would benefit from a Markman hearing on the

13   supplemental claim construction briefing that has been filed by the parties.  Further, the Court finds

14   good cause to examine whether construction of the additional terms–namely, "medium access task,"

15   "frame transfer task" and "host interface means"–is necessary in resolving these cases.  Thus, in

16   light of the pending claim construction proceedings, the Court finds that a Case Management

17   Conference would be premature at this time.  Accordingly, the Court VACATES the April 9

18   Conference and ORDERS as follows:

19        (1)    On or before **April 18, 2012**, the parties shall file supplemental simultaneous claim

20               construction briefs for the following three terms: (a) "medium access task"; (b)

21               "frame transfer task"; and (c) "host interface means."  On or before **April 20, 2012**,

22               the parties shall deliver two chambers copies of the supplemental briefs in three-ring

23               binders.

24   _____

25        [1]  On January 31, 2012, the Court issued its First Claim Construction Order in this case, in
     which, *inter alia*, it required the parties to file supplemental claim construction briefing regarding
26   certain terms.  (See First Claim Construction Order, Docket Item No. 586 in No. C 10-03724 JW.)  On
     March 15, 2012, the parties filed their supplemental claim construction briefing pursuant to the Court's
27   First Claim Construction Order.  (See Docket Item Nos. 596, 597 in No. C 10-03724 JW.)

28

2

(2)     The Court sets **May 3, 2012 at 9 a.m.** for a <u>Markman</u> hearing.  Each side will have ninety (90) minutes to present its argument.  The <u>Markman</u> hearing shall address both the supplemental claim construction briefing submitted by the parties on March 15, 2012, as well as the additional claim construction briefing discussed in this Order.


Dated:  April 2, 2012                          _____
                                                JAMES WARE
                                                United States District Chief Judge

United States District Court

For the Northern District of California

3

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Andy Tindel atindel@andytindel.com
    Anthony H. Son ason@wileyrein.com
3   Ashlea Pflug araymond@winston.com
    Barry Kenneth Shelton shelton@fr.com
4   Benjamin Charles Elacqua elacqua@fr.com
    Brian Christopher Claassen Brian.Claassen@kmob.com
5   Bruce A Smith bsmith@jwfirm.com
    Charlene Marie Morrow cmorrow@fenwick.com
6   Charles Ainsworth charley@pbatyler.com
    Christopher Frederick Jeu cjeu@mofo.com
7   Christopher Needham Cravey ccravey@wmalaw.com
    Christopher Ronald Noyes christopher.noyes@wilmerhale.com
8   Craig Steven Summers 2css@kmob.com
    Danny Lloyd Williams dwilliams@wmalaw.com
9   Darryl Michael Woo dwoo@fenwick.com
    David J Healey healey@fr.com
10  David J. Healey Healey@fr.com
    David Lee Gann dgann@rgrdlaw.com
11  David T McDonald david.mcdonald@klgates.com
    David T Pollock dpollock@reedsmith.com
12  Deron R Dacus ddacus@rameyflock.com
    Dominic E. Massa dominic.massa@wilmerhale.com
13  Douglas R. Young dyoung@fbm.com
    E Joseph Benz jbenz@csgrr.com
14  Eric Louis Toscano etoscano@reedsmith.com
    Garland T. Stephens stephens@fr.com
15  Harold H Davis harold.davis@klgates.com
    Hector J. Ribera hribera@fenwick.com
16  Hiep Huu Nguyen hnguyen@winston.com
    Hsiang H. Lin jlin@ftbklaw.com
17  Irfan A Lateef 2ial@kmob.com
    Irfan Ahmed Lateef ial@kmob.com
18  Jack Wesley Hill fedserv@icklaw.com
    Jack Wesley Hill fedserv@icklaw.com
19  James Patrick Brogan jbrogan@cooley.com
    Jason S Jackson jjackson@rgrdlaw.com
20  Jeffrey Fuming Yee yeej@gtlaw.com
    Jeffrey K. Joyner joynerj@gtlaw.com
21  Jennifer Parker Ainsworth jainsworth@wilsonlawfirm.com
    Jessica M. Kattula jkattula@rgrdlaw.com
22  John Christopher Herman jherman@rgrdlaw.com
    John K. Grant johnkg@rgrdlaw.com
23  John Philip Brinkmann brinkmann@fr.com
    John W Thornburgh thornburgh@fr.com
24  Jonah D Mitchell jmitchell@reedsmith.com
    Jonah Dylan Mitchell jmitchell@reedsmith.com
25  Jordan Jaffe jordanjaffe@quinnemanuel.com
    Karl J Kramer kkramer@mofo.com
26  Kevin P.B. Johnson kevinjohnson@quinnemanuel.com
    Kimball R Anderson kanderson@winston.com
27  Kyle D Chen kyle.chen@cooley.com

28                                          4

**United States District Court**
For the Northern District of California

1  Kyung Kim dkim@wmalaw.com
   Lam Khanh Nguyen lnguyen@cooley.com
2  Laura Katherine Carter lcarter@winston.com
   Lillian J Pan lpan@orrick.com
3  Lionel Marks Lavenue Lionel.Lavenue@finnegan.com
   Mahmoud Munes Tomeh 2mmt@kmob.com
4  Mark Daniel Selwyn mark.selwyn@wilmerhale.com
   Marko R Zoretic 2mrz@kmob.com
5  Matthew Clay Harris mch@emafirm.com
   Matthew J. Brigham mbrigham@cooley.com
6  Michael J Newton mike.newton@alston.com
   Michael J. Bettinger mike.bettinger@klgates.com
7  Michael L Brody Mbrody@winston.com
   Nicholas James Nugent nicholas.nugent@finnegan.com
8  Patricia Kane Schmidt patricia.schmidt@klgates.com
   Peter M Jones pjones@rgrdlaw.com
9  Ray R. Zado rayzado@quinnemanuel.com
   Richard T Ting rting@reedsmith.com
10 Robert Christopher Bunt rcbunt@pbatyler.com
   Robert M Parker rmparker@pbatyler.com
11 Roderick Bland Williams rick.williams@klgates.com
   Roger Brian Craft bcraft@findlaycraft.com
12 Ruben Singh Bains rbains@wmalaw.com
   Ryan K. Walsh rwalsh@rgrdlaw.com
13 Scott D. Baker sbaker@reedsmith.com
   Scott Richard Mosko scott.mosko@finnegan.com
14 Sean Sang-Chul Pak seanpak@quinnemanuel.com
   Seth M Sproul sproul@fr.com
15 Seth McCarthy Sproul sproul@fr.com
   Steven S. Baik sbaik@ftbklaw.com
16 Thomas J. Friel tfriel@cooley.com
   Thomas John Ward jw@jwfirm.com
17 Thomas John Ward jw@jwfirm.com
   Timothy Paar Walker timothy.walker@klgates.com
18 Todd Richard Gregorian tgregorian@fenwick.com
   William F. Lee william.lee@wilmerhale.com
19
20 **Dated:  April 2, 2012**                     **Richard W. Wieking, Clerk**
21
22                                     **By:    /s/ JW Chambers**
                                            **Susan Imbriani**
23                                         **Courtroom Deputy**
24
25
26
27
28

5