| | |
|---|---|
| Robbins Geller Rudman & Dowd LLP<br>Michael J. Dowd (135628)<br>John K. Grant (169813)<br>Shawn A. Williams (213113)<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: 415-288-4545<br>Facsimile: 415-288-4534<br>miked@rgrdlaw.com; johng@rgrdlaw.com;<br>shawnw@rgrdlaw.com<br><br>John C. Herman (*pro hac vice*)<br>Ryan K. Walsh (*pro hac vice*)<br>Peter M. Jones (*pro hac vice*)<br>David L. Gann (*pro hac vice*)<br>3424 Peachtree Road, N.E.<br>Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326<br>Telephone: 404-504-6500<br>Facsimile: 404-504-6501<br>jherman@rgrdlaw.com;<br>rwalsh@rgrdlaw.com;<br>pjones@rgrdlaw.com; dgann@rgrdlaw.com<br><br>Attorneys for Plaintiff<br>U.S. Ethernet Innovations, LLC | John W. Thornburgh (154627), thornburgh@fr.com<br>Seth M. Sproul (217711), sproul@fr.com<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA 92130<br>Phone: 858-678-5070 / Fax: 858-678-5099<br><br>Ruffin B. Cordell, cordell@fr.com<br>Fish & Richardson P.C.<br>1425 K Street, N.W., 11th floor<br>Washington, DC 2005-3500<br>Phone: 202-783-5070 / Fax: 202-783-2331<br><br>Thad C. Kodish, *pro hac vice,* tkodish@fr.com<br>Aamir A. Kazi, *pro hac vice*, kazi@fr.com<br>Fish & Richardson P.C.<br>1180 Peachtree Street, N.E., Suite 2100<br>Atlanta, GA 30309<br>Phone: 404-892-5005 / Fax: 404-892-5002<br><br>Garland T. Stephens, garland.stephens@weil.com<br>Weil, Gotshal & Manges LLP<br>700 Louisiana, Suite 1600<br>Houston, TX 77002<br>Phone: 713-546-5000 / Fax: 713-224-9511<br><br>Attorneys for Intervenor Intel Corporation |

*ADDITIONAL DEFENDANTS AND INTERVENORS LISTED ON SIGNATURE PAGES*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>ACER, INC., ET AL.,<br><br>　　　　　　　　Defendants.<br><br>AT&T, INC., ET AL.,<br><br>　　　　　　　　Defendants.<br><br>ZIONS BANCORPORATION,<br><br>　　　　　Declaratory Judgment Plaintiff. | Case No. 5:10-cv-03724-JW<br>Case No. 5:10-cv-05254-JW<br>Case No. 5:10-cv-03481-JW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EQUIPMENT FOR CLAIM CONSTRUCTION HEARING**<br><br>Judge: Hon. James Ware<br>Courtroom: 9, 19th Floor<br>Date: May 3, 2012 |

703674_1

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, and subject to the approval of the Court, that each of the parties shall be permitted to bring audio/visual equipment to the claim construction hearing on Thursday, May 3, 2012.

WHEREAS that equipment will include the following:

- two video projectors,
- two flat-panel video monitors,
- two DaLite Projectostands (portable stands for projectors),
- a 7.5'x10' Fastfold projector screen (150" diagonal),
- two Extron 6-in x 1-out VGA switches,
- laptop computers; and
- all of the required cables, adapters, extension cords, and surge protectors necessary to operate audio/visual equipment.

The parties hereby request that the Court allow access to the courtroom for the set-up of such equipment at 8:00 a.m. or as soon as possible thereafter on May 3, 2012, and use of such equipment at the claim construction hearing beginning at 9:00 a.m. on that same day.

DATED: May 1, 2012

ROBBINS GELLER RUDMAN
 & DOWD, LLP

_/s/_
PETER M. JONES

JOHN C. HERMAN
RYAN K. WALSH
PETER M. JONES
DAVID L. GANN
3424 Peachtree Road, N.E.
Monarch Centre, Suite 1650
Atlanta, Georgia 30326
Telephone:  404-504-6500
Facsimile:  404-504-6501

703674_1

|   |   |
|---|---|
|   | ROBBINS GELLER RUDMAN<br>  & DOWD, LLP<br>MICHAEL J. DOWD<br>JOHN K. GRANT<br>SHAWN A. WILLIAMS<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, California 94104<br>Telephone: 415-288-4545<br>Facsimile: 415-288-4534 |
|   | Attorneys for Plaintiff,<br>U.S. Ethernet Innovations, LLC |
| DATED: May 1, 2012 | FISH & RICHARDSON P.C<br><br>By: */s/ Seth M. Sproul*<br>     Seth M. Sproul<br>Attorneys for Intervenor Intel Corporation |

### DECLARATION OF CONSENT

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

| | |
|---|---|
| DATED: May 1, 2012 | FISH & RICHARDSON P.C<br><br>By: */s/ Seth M. Sproul*<br>     Seth M. Sproul<br>Attorneys for Intervenor Intel Corporation |

### ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: May 2, 2012

_____
Hon. James Ware, Chief Judge
United States District Court

703674_1