**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC, | NO. C 10-03724 JW |
|  | NO. C 10-05254 JW |
| Plaintiff, | NO. C 10-03481 JW |
| v. | **ORDER TERMINATING APPOINTMENT OF TECHNICAL ADVISOR** |
| Acer, Inc., et al., | |
| _____/ | |
| AT&T, Inc., et al., | |
| Defendants. | |
| _____/ | |
| Zions Bancorporation, et al., | |
| Plaintiffs, | |
| v. | |
| U.S. Ethernet Innovations, LLC, | |
| Defendant. | |
| _____/ | |

On October 17, 2011, the Court appointed Mr. Kwan Chan as Technical Advisor to assist it with this case. (See Docket Item No. 566 in No. C 10-03724 JW.) Due to Judge Ware's upcoming retirement, these cases are due to be reassigned shortly.[1] In light of the pending reassignment, the Court TERMINATES its appointment of Mr. Chan as Technical Advisor. The Court leaves it to the

---

[1] On April 28, 2012, Chief Judge Ware announced that he plans to "retire in August 2012 as the terms of his current law clerks come to an end." See Chief Judge Ware Announces Transition, *available at* http://www.cand.uscourts.gov/news/82.

newly assigned judge to decide whether he/she requires a technical advisor for these related cases and if so, make his/her independent selection.

The Court thanks Mr. Chan for his excellent service in these proceedings. Mr. Chan shall work with the parties to disburse any remaining funds in the trust account.

Dated: August 30, 2012

JAMES WARE
United States District Chief Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Deepak Gupta dgupta@fbm.com
Eugene Y. Mar emar@fbm.com
Harold H. Davis harold.davis@klgates.com
James Carl Otteson jim@agilityiplaw.com
Jas S Dhillon jas.dhillon@klgates.com
Jeffrey M. Fisher jfisher@fbm.com
Jeffrey Michael Ratinoff jeffrey.ratinoff@klgates.com
John L. Cooper jcooper@fbm.com
Kyle Dakai Chen kyle.chen@cooley.com
Mark R. Weinstein mweinstein@cooley.com
Michelle Gail Breit mbreit@agilityiplaw.com
Nan E. Joesten njoesten@fbm.com
Paul A. Alsdorf palsdorf@fbm.com
Samuel Citron O'Rourke eupton@whitecase.com
Stephanie Powers Skaff sskaff@fbm.com
Timothy Paar Walker timothy.walker@klgates.com
William Sloan Coats william.coats@kayescholer.com

**Dated: August 30, 2012**                    **Richard W. Wieking, Clerk**

 

**By:      /s/ JW Chambers**
        **William Noble**
        **Courtroom Deputy**