**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION, | No. C 10-3481 MMC |
| Plaintiff, | **ORDER DIRECTING PARTIES TO PROVIDE CHAMBERS COPY OF OPERATIVE PLEADINGS** |
| v. | |
| U.S. ETHERNET INNOVATIONS, LLC, et al., | |
| Defendants. | |

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | No. C 10-3724 MMC |
| Plaintiff, | |
| v. | |
| ACER, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | No. C 10-5254 MMC |
| Plaintiff, | |
| v. | |
| BARNES & NOBLE, et al., | |
| Defendants. | |

To facilitate the Court's review of the above-titled actions, each party is hereby

DIRECTED to provide, no later than September 28, 2012, a chambers copy of its operative pleadings(s), e.g., complaint or amended complaint, complaint in intervention, answer or answer to amended complaint, counterclaims and crossclaims.

**IT IS SO ORDERED.**

Dated: September 17, 2012

MAXINE M. CHESNEY
United States District Judge