IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>U.S. ETHERNET INNOVATIONS, LLC, et al.,<br><br>　　　　Defendants. | No. C 10-3481 MMC<br><br>**ORDER DIRECTING PARTIES TO PROVIDE CHAMBERS COPY OF OPERATIVE PLEADINGS** |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ACER, INC., et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 10-3724 MMC |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BARNES & NOBLE, et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 10-5254 MMC |

To facilitate the Court's review of the above-titled actions, each party is hereby

DIRECTED to provide, no later than September 28, 2012, a chambers copy of its operative pleadings(s), e.g., complaint or amended complaint, complaint in intervention, answer or answer to amended complaint, counterclaims and crossclaims.

**IT IS SO ORDERED.**

Dated:  September 17, 2012

MAXINE M. CHESNEY
United States District Judge