Seth M. Sproul, SBN 217711, sproul@fr.com
Francis J. Albert, SBN 247741, albert@fr.com
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099

Ruffin B. Cordell, *pro hac vice,* cordell@fr.com
Lauren A. Degnan, *pro hac vice,* degnan@fr.com
Fish & Richardson P.C.
1425 K Street, N.W., 11th floor
Washington, DC 2005-3500
Phone: 202-783-5070 / Fax: 202-783-2331

Thad C. Kodish, *pro hac vice,* tkodish@fr.com
Aamir A. Kazi, *pro hac vice,* kazi@fr.com
Fish & Richardson P.C.
1180 Peachtree Street, N.E., Suite 2100
Atlanta, GA 30309
Phone: 404-892-5005 / Fax: 404-892-5002

Garland T. Stephens, garland.stephens@weil.com
Weil, Gotshal & Manges LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Phone: 713-546-5000 / Fax: 713-224-9511

Attorneys for Intervenor Intel Corporation

*ADDITIONAL DEFENDANTS AND INTERVENORS LISTED ON SIGNATURE PAGES*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| U.S. Ethernet Innovations, LLC,<br>　　　　Plaintiff,<br>　　v.<br>Acer, Inc., et al.,<br>　　　　Defendants,<br>Atheros Communications, Inc., et al.,<br>　　　　Intervenors.<br><br>AT&T Mobility, LLC, et al.,<br>　　　　Defendants.<br><br>Zions Bancorporation,<br>　　　　Plaintiff,<br>　　v.<br>U.S. Ethernet Innovations, LLC,<br>　　　　Defendant. | Case No. 3:10-cv-03724 MMC (LB)<br>Case No. 3:10-cv-05254 MMC<br>Case No. 3:10-cv-03481 MMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' L.R. 7-11 ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATION IN CASE MANAGEMENT CONFERENCE STATEMENT<br><br>Judge:　　Hon. Maxine M. Chesney<br>Courtroom: 7, 19th floor |

Presently before the Court is Defendants' Administrative Motion to Exceed Page Limitation In Case Management Conference Statement.

These cases involve four patents, 29 defendants, and thousands of accused products. The case has been pending for three years. In addition, instead of filing a separate statement in each case, the parties agreed to file a single, consolidated joint statement for all the cases.

Having considered the arguments thereto, the Court GRANTS Defendants' Motion to Exceed Page Limitation In Case Management Conference Statement.

IT IS SO ORDERED.

Dated: November 6, 2012

Hon. Maxine M. Chesney
United States District Chief Judge

11249096.doc