<div style="writing-mode: vertical">**UNITED STATES DISTRICT COURT**
**For the Northern District of California**</div>

1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT
9 Northern District of California
10 San Francisco Division

11 ZIONS BANCORPORATION,                         No. C 10-03481 CW (LB)

12            Plaintiff,
   v.                                                          **NOTICE OF REFERRAL AND**
13                                                                  **ORDER RE DISCOVERY**
  U.S. ETHERNET INNOVATIONS LLC,                  **PROCEDURES**
14
           Defendants.
15 _____/

16 TO ALL PARTIES AND COUNSEL OF RECORD:

17 The district court has referred all discovery matters to United States Magistrate Judge Laurel

18 Beeler. The parties shall comply with all applicable requirements in Judge Beeler's standing order

19 (attached), including all procedures regarding resolution of discovery disputes.

20 **IT IS SO ORDERED.**

21 Dated: January 17, 2013                        _____
22                                                                  LAUREL BEELER
                                                            United States Magistrate Judge

23
24
25
26
27
28

C 10-03481 CW (LB)
NOTICE OF REFERRAL AND ORDER