IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Defendant.<br>_____/ | No. C 10-3481 CW |
| U.S. ETHERNET INNOVATIONS, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>ACER, INC.; ACER AMERICA CORPORATION; APPLE, INC.; ASUS COMPUTER INTERNATIONAL; ASUSTEK COMPUTER, INC.; DELL, INC.; FUJITSU, LTD.; FUJITSU AMERICA, INC.; GATEWAY, INC.; HEWLETT PACKARD CO.; SONY CORPORATION; SONY CORPORATION OF AMERICA; SONY ELECTRONICS INC.; TOSHIBA CORPORATION; TOSHIBA AMERICA, INC.; and TOSHIBA AMERICA INFORMATION SYSTEMS, INC.,<br><br>    Defendants,<br><br>INTEL CORPORATION; NVIDIA CORPORATION; MARVELL SEMICONDUCTOR, INC.; ATHEROS COMMUNICATIONS, INC.; and BROADCOM CORPORATION,<br><br>    Intervenors.<br>_____/ | No. C 10-3724 CW |

| | |
|---|---|
| U.S. ETHERNET INNOVATIONS, LLC, | No. C 10-5254 CW |
| Plaintiff, | CASE MANAGEMENT ORDER |
| v. | |
| AT&T MOBILITY LLC; BARNES & NOBLE, INC.; CLAIRE'S BOUTIQUES, INC.; J. C. PENNEY COMPANY, INC.; SALLY BEAUTY HOLDINGS, INC.; ANN TAYLOR STORES CORPORATION; ANN TAYLOR RETAIL, INC.; HARLEY-DAVIDSON, INC.; HARLEY-DAVIDSON MOTOR COMPANY, INC.; KIRKLAND'S INC.; KIRKLAND'S STORES, INC.; MACY'S, INC.; MACY'S RETAIL HOLDINGS, INC.; MACY'S WEST STORES, INC.; NEW YORK & COMPANY, INC.; LERNER NEW YORK, INC.; RADIOSHACK CORPORATION; RENT-A-CENTER, INC.; and THE DRESS BARN, INC., | |
| Defendants. | |
| AND ALL RELATED CLAIMS AND COUNTERCLAIMS | |

This Order applies to the non-stayed portions of the above captioned cases only. The Case Management Statement filed by the parties is hereby adopted by the Court as the Case Management Order for the case, except as may be noted below.

The Court re-refers these actions to the Court's Alternative Dispute Resolution (ADR) Multi-Option Program.

| Event | Date |
|---|---|
| Deadline for any party who wishes to add a party or claims and any non-party who wishes to intervene to file a motion seeking leave to do so | Thursday, March 14, 2013[1] |
| Deadline for parties to meet and confer in an attempt to agree on an alternative dispute resolution (ADR) process and to file an ADR Certification form and appropriate stipulation or notice of need for an ADR phone conference pursuant to ADR Local Rule 3-5 | Thursday, March 14, 2013 |
| Oppositions due to motions to add a party or claims or to intervene, including Defendant Apple, Inc.'s motion for leave to file a third party complaint (Docket No. 685 in Case No. 10-3724) | Thursday, March 28, 2013 |
| Replies due in support of motions to add a party or claims or to intervene, including Apple's motion for leave | Thursday, April 4, 2013 |
| Hearing on motions to add a party or claims or to intervene, including Apple's motion for leave | Thursday, April 18, 2013 at 2:00 p.m. |
| Deadline for Defendants and Intervenors to file a joint dispositive motion, contained in a single brief of twenty-five pages or less, addressing the application of the marking defense under 35 U.S.C. § 287 and whether recovery is limited to nominal damages if Defendants and Intervenors are able to prove ultimately that the accused features have been disabled for the entire time period for which Plaintiff can pursue damages | Thursday, April 25, 2013 |

---

[1] The Court notes that Plaintiff represents that it may file "motions to supplement its infringement contentions to add products identified as discovery begins and progresses." Case Management Statement, 9. Such motions, if they are filed after this date and seek to add products that include chips supplied by companies not already party to these suits or that would otherwise implicate the technology of such companies, will be strongly disfavored.

3

| Deadline for Plaintiff to file a response, of twenty-five pages or less, to Defendants' and Intervenors' dispositive motion regarding marking and nominal damages | Thursday, May 9, 2013 |
|---|---|
| Deadline for Defendants and Intervenors to file a joint reply, in a single brief of fifteen pages or less, in support of their motion regarding marking and nominal damages | Thursday, May 16, 2013 |
| Case Management Statement due | Thursday, May 30, 2013 |
| Hearing on Defendants' and Intervenors' dispositive motion regarding marking and nominal damages and further case management conference | Thursday, June 6, 2013 at 2:00 p.m. |
| Deadline to complete ADR | November 15, 2013 |
| Close of fact discovery | March 7, 2014 |
| Deadline to disclose identities and reports of expert witnesses | April 24, 2014 |
| Deadline to disclose identities and reports of rebuttal expert witnesses | May 23, 2014 |
| Close of expert discovery | June 4, 2014 |
| Deadline for Plaintiff to file its motion for judgment on the pleadings and any other dispositive motion, contained in a single brief of twenty-five pages or less. | Thursday, June 26, 2014 |
| Deadline for Defendants and Intervenors to file their motion for summary judgment on remaining issues and their opposition to Plaintiff's dispositive motions, contained in a single joint brief of twenty-five pages or less. | Thursday, July 10, 2014 |
| Deadline for Plaintiff to file its reply in support of its dispositive motion and its opposition to Defendants' and Intervenors' dispositive motion, contained in a single brief of fifteen pages or less. | Thursday, July 24, 2014 |

4

| | |
|---|---|
| Deadline for Defendants and Intervenors to file their joint reply in support of their dispositive motion, contained in a single brief of fifteen pages or less. | Thursday, July 31, 2014 |
| Case Management Statement due | Thursday, August 7, 2014 |
| Hearing on dispositive motions and further case management conference | Thursday, August 14, 2014, at 2:00 p.m. |
| Final pretrial conference | Wednesday, December 17, 2014, at 2:00 p.m. |
| Jury trial to begin | Monday, January 5, 2015, at 8:30 a.m. |

Discovery is governed by the Federal Rules of Civil Procedure and has already been referred to a discovery Magistrate Judge. If any party seeks to conduct discovery that exceeds the limits set therein and is unable to obtain a stipulation to do so, it shall seek permission to do so from the discovery Magistrate Judge in compliance with her Standing Order. Similarly, if the parties seek to impose additional limits on the amount of discovery to be conducted that are not set forth in the Federal Rules of Civil Procedure and they are unable to reach an agreement, they may raise the dispute with the discovery Magistrate Judge in compliance with her Standing Order.

The Court's Standing Order for Pretrial Preparation shall apply and is attached.

IT IS SO ORDERED.

Dated: 2/19/2013

CLAUDIA WILKEN
United States District Judge

cc: ADR