1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**SAN FRANCISCO DIVISION**

11

12

13

14

15

16

| U.S. ETHERNET INNOVATIONS, LLC, | Case No. 13-cv-02262 NC |
|---|---|
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| NETGEAR, INC., | |
| Defendant. | |

17

18          In accordance with Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the

19     above captioned case is referred to Chief District Judge Claudia Wilken to determine

20     whether it is related to *Zions Bancorporation v. U.S. Ethernet Innovations, LLC*, Case No.

21     10-cv-03481 CW.

22          IT IS SO ORDERED.

23          Date: May 20, 2013

24                                                    _____
                                                       Nathanael M. Cousins
                                                       United States Magistrate Judge

25

26

27

28

Case No. 13-cv-02262 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES