IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ZIONS BANCORPORATION,  No. C 10-3481 CW

    Plaintiff,  BRIEFING ORDER

  v.  (Docket No. 1)

U.S. ETHERNET INNOVATIONS, LLC,

    Defendant.
_____/

In light of this Court's order granting summary judgment in U.S. Ethernet Innovations, LLC v. Acer, Inc. et al., Case No. 10-3724 and U.S. Ethernet Innovations, LLC v. AT&T Mobility, LLC et al., Case No. 10-5254, the parties in this related case shall meet and confer and thereafter submit a joint or separate statements addressing their views as to the appropriate disposition of this case, including any further proceedings required to resolve it and a proposed schedule therefor.  The statements shall be filed on or before January 6, 2014 and contain not more than ten pages per party.

    IT IS SO ORDERED.

Dated:  December 16, 2014

                              CLAUDIA WILKEN
                              United States District Judge