1  [COUNSEL FOR PLAINTIFF AND DEFENDANT LISTED ON SIGNATURE PAGE ]
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8
   ZIONS BANCORPORATION,            )  Case No. 4:10-CV-03481-CW
9                                   )
                                    )  **STIPULATION AND [PROPOSED]**
10          Plaintiff,               )  **ORDER OF DISMISSAL WITH**
        v.                          )  **PREJUDICE**
11                                  )
                                    )
12 U.S. ETHERNET INNOVATIONS, LLC   )
                                    )
13          Defendant               )
14                                  )

15    Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiff ZIONS
16 BANCORPORATION and Defendant U.S. ETHERNET INNOVATIONS, LLC hereby
17 dismisses with prejudice all claims asserted or that could have been asserted against the other in
18 this action.  Each party shall bear its own costs, expenses and attorney's fees.
19
20 PURSUANT TO STIPULATION, **IT IS SO ORDERED.**
21
22 DATED:  1/5/2015                    _____
                                       Hon. Claudia A. Wilken
23                                     United States District Court
24
25
26
27
28

                                   1

STIPULATION OF DISMISSAL

Respectfully submitted,

Dated:  January 5, 2015

| ANDREWS KURTH LLP | ROBBINS GELLER RUDMAN & DOWD LLP |
|---|---|
| By: /s/ Anthony H. Son | /s/ Peter M. Jones |
| Anthony H. Son (Bar No. 190478)<br>1350 I Street, N.W.<br>Suite 1100<br>Washington, D.C. 20005<br>Telephone:  202-662-2784<br>Facsimile:  202-974-9524<br><br>Attorneys for Plaintiff Zions Bancorporation | JOHN C. HERMAN<br>RYAN K. WALSH<br>PETER M. JONES<br>ROBERT J. LEONARD<br>3424 Peachtree Road, N.E.<br>Monarch Centre, Suite 1650<br>Atlanta, Georgia 30326<br>Telephone:  404-504-6500<br>Facsimile:  404-504-6501<br><br>Attorneys for Defendant U.S. Ethernet Innovations, LLC |

**DECLARATION OF CONSENT**

Pursuant to Local Rule 5-1(i) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the parties hereto.

DATED:  January 5, 2015          ANDREWS KURTH LLP

By: /s/ Anthony H. Son
Anthony H. Son (Bar No. 190478)

Attorneys for Plaintiff Zions Bancorporation